**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
TIME: ______
NOV 23 2004
JAMES BONINI, Clerk
COLUMBUS, OHIO

The Unencumbered Assets,
Trust, et al.,

Plaintiffs,

vs.

Case No. 2:04-cv-1090
JUDGE SARGUS

JP Morgan Chase Bank, et al.,

Defendants.

ORDER OF TRANSFER

This case is hereby transferred from the docket of Judge Edmund A. Sargus, Jr. to the docket of Judge James L. Graham.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

11-23-2004
EDMUND A. SARGUS, JR.
United States District Judge