**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

The Unencumbered Assets,
Trust, et al.,

Plaintiffs,

vs.

Case No. 2:04-cv-1090
JUDGE GRAHAM

JP Morgan Chase Bank, et al.,

Defendants.

ORDER

Plaintiff Unencumbered Assets Trust brings this action against individuals and entities related in various ways to National Century Financial Enterprises, Inc. The complaint asserts four claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§1961-1968. The Court typically issues a standing order requiring that a plaintiff asserting RICO claims file a RICO case statement. However, upon review of the complaint, the Court finds that the complaint appears to satisfy the requirements of the standing order. Thus, plaintiff is not required to file a RICO case statement.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: January 3, 2005