IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Unencumbered Assets Trust, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:04-cv-1090 |
| v. | : | Judge Graham |
| JP Morgan Chase Bank, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

The February 8, 2005 joint motion of The Unencumbered Assets Trust and Erwin I. Katz, Ltd. ("Plaintiffs") and defendant Kaye Scholer LLP ("Moving Defendant") for an extension of time within which Moving Defendant must answer, move, or otherwise respond to Plaintiffs' amended complaint, and for an extended schedule to accommodate the parties' full briefing of any responsive motions filed by Moving Defendant (doc. 23) is GRANTED.

The following briefing schedule is established:

- March 31, 2005: Moving Defendant's deadline to answer, move, or otherwise respond to Plaintiffs' amended complaint.
- May 31, 2005: Plaintiffs' deadline to file briefs in opposition to any responsive motions filed by Moving Defendants.
- June 30, 2005: Moving Defendant's deadline to reply to Plaintiffs' briefs in opposition.

s/Mark R. Abel
United States Magistrate Judge