IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE UNENCUMBERED ASSETS TRUST, *et al.*, :

Plaintiffs, : Case No. C2:04-cv-1090

v. : Judge Graham

JP MORGAN CHASE BANK, *et al.*, : Magistrate Judge Abel

Defendants. :

**ORDER**

The February 11, 2005 motion to admit James W. Quinn, David L. Yohai, Theodore E. Tsekerides, Jane G. Pollack, and Seth A. Gastwirth to appear *pro hac vice* for Defendant Kaye Scholer LLP (doc. 25) is GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

**http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experiences any problems registering, he should call Lisa Wright (614-719-3222).

s/Mark R. Abel
United States Magistrate Judge