IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re National Century Financial Enterprises, Inc., Investment Litigation. | : | Case No. C2:03-cv-1565 |
| | : | Judge Graham |
| | : | Magistrate Judge Abel |
| | : | |

---

| | | |
|---|---|---|
| UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| Plaintiffs, | : | Case No. C2:04-cv-1090 |
| v. | : | Judge Graham |
| JP MORGAN CHASE BANK, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

The March 2, 2005 motions to admit Brandon T. Allen, Sydney G. Ballesteros, Jerry J. Cotner, Scott A. Humphries, Robert J. Madden, and Kathy D. Patrick, to appear *pro hac vice* as co-counsel for Plaintiffs the Unencumbered Assets Trust and Erwin I. Katz, LTD (docs. 27, 28, 29, 30, 31, and 32) are GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

**http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about

electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experiences any problems registering, he or she should call Lisa Wright (614-719-3222).

s/ Mark R. Abel
United States Magistrate Judge