IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re National Century Financial Enterprises, Inc., Investment Litigation. | : | Case No. C2:03-cv-1565 |
| | : | Judge Graham |
| | : | Magistrate Judge Abel |
| | : | |

---

| | | |
|---|---|---|
| UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| Plaintiffs, | : | Case No. C2:04-cv-1090 |
| v. | : | Judge Graham |
| JP MORGAN CHASE BANK, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

The March 17, 2005 motion to admit R. Colby Allsbrook of the law firm King & Spalding, 1185 Avenue of the Americas, New York, New York 10036, to appear *pro hac vice* as co-counsel for Defendants Credit Suisse First Boston LLC, Credit Suisse First Boston, New York Branch, and Credit Suisse First Boston, Cayman Islands Branch (doc.33) is GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

**http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about

electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experiences any problems registering, he or she should call Lisa Wright (614-719-3222).

s/ Mark R. Abel
United States Magistrate Judge