**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, *et al.*<br><br>Defendants. | Civil Action No.: C2-04-cv-1090<br><br>Honorable Judge James L. Graham<br>Magistrate Judge Abel<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT KAYE SCHOLER LLP'S MOTION TO DISMISS THE UNENCUMBERED ASSET TRUST'S AMENDED COMPLAINT**

Now comes Defendant Kaye Scholer LLP ("Kaye Scholer"), by and through counsel, and, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, move this Court to dismiss the Amended Complaint on the grounds that (1) Plaintiffs have no standing to sue and (2) Plaintiffs have failed to state a claim upon which relief can be granted. Kaye Scholer's Motion is based on the accompanying memorandum of law in support of this Motion to Dismiss and the Declaration of David L. Yohai.

Attorneys for Defendant Kaye Scholer LLP

/s Roger J. Makley

Roger J. Makley (0018702)
Trial Attorney
COOLIDGE WALL WOMSLEY & LOMBARD, L.L.P.
Suite 600, 33 West First Street
Dayton, Ohio 45402-1289
Telephone: (937) 223-8177
Facsimile: (937) 223-6705
E-mail: makley@coollaw.com

OF COUNSEL:

James W. Quinn (pro hac vice)
David L. Yohai (pro hac vice)
Theodore E. Tsekerides (pro hac vice)
Jane G. Pollack (pro hac vice)
Seth A. Gastwirth (pro hac vice)
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007