UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE UNENCUMBERED ASSETS TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>Defendants. | Civil Action No.: C2-04-1090<br>Judge Graham<br>Magistrate Judge Abel<br>Oral Argument Requested |

**DEFENDANT DELOITTE & TOUCHE LLP'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Philip A. Brown (0005712)
TRIAL ATTORNEY
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43216-1008
(614) 464-6400

Philip S. Beck
Andrew L. Goldman
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard, Ste. 300
Chicago, IL 60610
(312) 494-4464

Counsel for Defendant Deloitte & Touche LLP

**DELOITTE & TOUCHE LLP'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 9(b), Deloitte & Touche LLP ("Deloitte") moves to dismiss all claims directed against it in the Amended Complaint filed by the Unencumbered Assets Trust ("UAT").

As more fully explained in Deloitte's accompanying Memorandum of Law, the UAT's claims fail for three reasons. First, the UAT lacks standing to sue Deloitte. Second, the UAT's claims are barred by the *in pari delicto* doctrine. Third, the UAT fails to allege essential elements of each of its claims against Deloitte.

Dated: March 31, 2005

Respectfully submitted,

*/s/ Philip A. Brown*

Philip A. Brown (0005712)
TRIAL ATTORNEY
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43216-1008
(614) 464-6400

Philip S. Beck
Andrew L. Goldman
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard, Ste. 300
Chicago, IL 60610
(312) 494-4464

Counsel for Defendant Deloitte & Touche LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: See attached list, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: See attached list.

*/s/ Philip A. Brown*

Philip A. Brown (0005712)
TRIAL ATTORNEY
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43216-1008
(614) 464-6400

Matthew B Andelman mandelman@wc.com, jhayes@wc.com;hphelps@wc.com

James Edward Arnold jarnold@cpaslaw.com

Steven G Brody sbrody@kslaw.com,

Philip Albert Brown pabrown@vssp.com

Robert Frederic Brown rbrown@rendigs.com,

John M Callagy jcallagy@kelleydrye.com

Michael Hiram Carpenter carpenter@carpenterlipps.com

Robert M Cary rcary@wc.com, gpetterle@wc.com

Michael ! Joseph Collins mjc@bickelbrewer.com,

James J Coster jcoster@ssbb.com,

Jeffry J Cotner jcotner@gibbs-bruns.com,

Israel David davidis@ffhsj.com,

Israel David davidis@ffhsj.com, hildje@ffhsj.com;turcila@ffhsj.com;dendech@ffhsj.com

Evan A Davis edavis@cgsh.com,

William W Deem wdeem@mcguirewoods.com, gware@mcguirewoods.com

Brian Edward Dickerson bdickerson@maguire-schneider.com, tbillings@ms-lawfirm.com;jbryan@ms-lawfirm.com

William A Escobar ! wescobar@kelleydrye.com, npan arella@kelleydrye.com;jhankin@kelleydrye.com

Thomas Fellig tfellig@felliglaw.com, jtemchine@felliglaw.com,jscott@felliglaw.com

Douglas H Flaum flaumdo@ffhsj.com,

Paula D Friedman paula.friedman@dlapiper.com

Hector D Geribon hgeribon@lchb.com,

Andrew L Goldman bill.balachowski@bartlit-beck.com, andrew.goldman@bartlit-beck.com;rob.aguirre@bartlit-beck.com;tsuhar@wiggin.com

Michael Proctor Graney mgraney@stblaw.com, klonergan@stblaw.com;krussum@stblaw.com;scraig@stblaw.com;rcounteepistorius@stblaw.com;dgoo

John Edward Haller &nb! sp jhaller@slk-law.com,

Richard B Harper rharper@mccarter.com,

Kenneth N Hickox , Jr kzh@bickelbrewer.com,

Thomas Ross Hooper ross.hooper@friedfrank.com, hildje@ffhsj.com

Scott Humphries shumphries@gibbs-bruns.com,

Kevin Janus kevinjanus@quinnemanuel.com, nathanielread@quinnemanuel.com

David G Jennings davidjennings@isaacbrant.com, amyhoover@isaacbrant.com

Robert N Kaplan rkaplan@kaplanfox.com

Marc J Kessler mjkessler@hahnlaw.com, kessex@hahnlaw.com;hahnla! w@hotmail.com

David Albert Kopech david@kopech.com, dkopech@mcgrathlawoffice.com

Sherri Blank Lazear slazear@bakerlaw.com

Harold G Levison hlevison@kasowitz.com,
ffigueroa@kasowitz.com;ckelly@kasowitz.com;bmuraskin@kasowitz.com

Kyle A Lonergan klonergan@stblaw.com, scraig@stblaw.com

Thomas Leslie Long tlong@bakerlaw.com

Lynne M Longtin llongtin@rendigs.com

Roger L Longtin roger.longtin@dlapiper.com

Albert J Lucas alucas@calfee.com, lhorne@calfee.com

Brian Paul Miller bmiller@a! kerman.com,

Tiffany C. Miller tiffany.miller@baileycavalieri.com

Timothy Edward Miller tem@isaacbrant.com, bas@isaacbrant.com

William A Miller bmiller@williamamillerpllc.com,

Joseph F Murray murray@mmmb.com, tiffany@mmmb.com;erin@mmmb.com

Barry Ostrager bostrager@stblaw.com,

Luan K Phan law@pazphan.com,

Arthur Edmund Phelps , Jr aphelps@rendigs.com,

George E Ridge gridge@attorneyjax.com

Thomas Louis Rosenberg ! trosenberg@ulmer.com

Gary Rubman grubman@cov.com, grubman@cov.com

Jeffrey Q Smith jqsmith@kslaw.com,

Roger Philip Sugarman rsugarman@keglerbrown.com

Michael Roy Szolosi , Sr mrs@mcnamaralaw.us

John K Villa jvilla@wc.com,

Stanley H Wakshlag swakshlag@akerman.com,

Lawrence David Walker walker@taftlaw.com

Lawrence A Wojcik lawrence.wojcik@dlapiper.com

Benjamin Scot Zacks bszacks@zlglaw.com,
mddunn@zlglaw.com;jrbillings@zlglaw.com;kjwelcome@zlglaw.com;manderso! n@zlglaw.com

**2:03-md-1565 Notice will be delivered by other means to:**

Acci/Allcare of Pennsylvanie, nia
23975 Park Sorrento
Suite 370
Calabasas, CA 91302-4022

Bobby R Burchfield
Covington & Burling
1201 Pennsylvania Avenue. NW
Washington, DC 20004-2401

William K Davis
Bell, Davis & Pitt, PA
100 North Cherry Street
Suite 600
Winston-Salem, NC 27120-1029

Howard D DuBosar
DuBosar & Dolnick, PA
3010 North Military Trail
Suite 210
Boca Raton, FL 33431

Sharon Katz
Davis Polk & Wardwell
450 Lexington Avenue

New York, NY 10017

Robert J Madden
Gibbs & Bruns LLP
110 Louisiana
Suite 5300
Houston, TX 77002

William R Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza New York, NY 10004-1482

R Brian Oxman
R Brian Oxman Law Offices
14126 E Rosencrans Blvd
Santa Fe Springs, CA 90670

Unencumbered Assets Trust and Erwin I. Katz, Ltd., Trustee

,