IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE UNENCUMBERED ASSETS TRUST; and ERWIN I. KATZ, LTD., Trustee of the Unencumbered Assets Trust,

Plaintiffs,

v.

JP MORGAN CHASE BANK; BANK ONE, N.A.; CREDIT SUISSE FIRST BOSTON CORP.; CREDIT SUISSE FIRST BOSTON (USA), INC.; CREDIT SUISSE FIRST BOSTON LLC; CSFB USA; DELOITTE & TOUCHE, LLP; KAYE SCHOLER, LLP; PRICEWATERHOUSECOOPERS, LLP; THE BEACON GROUP III-FOCUS VALUE FUND L.P.; INTERCONTINENTAL INVESTMENT ASSOCIATES; HEALTHCARE CAPITAL L.L.C.; FLOHAZ PARTNERS L.L.C.; SOUTH ATLANTIC INVESTMENTS, L.L.C.; THOR CAPITAL HOLDINGS L.L.C.; KACHINA INC.; LANCE K. POULSEN; BARBARA L. POULSEN; DONALD H. AYERS; REBECCA S. PARRETT; and TASK HOLDINGS LTD.,

Defendants.

**Civil Action No.: C2-04-1090**

Judge James L. Graham
Magistrate Judge Abel

**ORAL ARGUMENT REQUESTED**

**MOTION OF DEFENDANT BANK ONE, N.A. TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendant Bank One, N.A. hereby moves to dismiss Plaintiffs' Amended Complaint in its entirety with prejudice. The grounds for the motion are set forth in detail in the accompanying Memorandum of Law.

Dated: March 31, 2005

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

___s/ David W. Alexander____
David W. Alexander (0017156), Trial Attorney
Pamela H. Thurston (0039467)
1300 Huntington Center
41 S. High Street
Columbus, Ohio 43215
email: dalexander@ssd.com
(614) 365-2700 (telephone)
(614) 365-2499 (facsimile)

COVINGTON & BURLING

C. William Phillips
Mark P. Gimbel
Bradley J. Nash
1330 Avenue of the Americas
New York, NY 10019
(212) 841-1000

Stephen P. Anthony
James M. Garland (0072902)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5350

*Attorneys for Defendant Bank One, N.A.*

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2005, I electronically filed the foregoing Motion of Defendant Bank One, N.A. to Dismiss Plaintiffs' Amended Complaint using the CM/ECF system which will send notification of such filing to registered counsel electronically. A true and exact copy of the foregoing was sent by ordinary U.S. Mail to any party or counsel not receiving electronic service from CM/ECF, this 31st day of March, 2005.

_s/ James M. Garland________
James M. Garland
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 2004-2401

*Attorney for Defendant Bank One, N.A.*