**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re: Case No. 2:03-MD-1565-JLG-MRA

National Century Financial Enterprises, Inc.

Debtors.

---

The Unencumbered Assets Trust, et al., Case No. C2 04 1090

Judge Graham

Plaintiffs,

Magistrate Judge Abel

vs.

J.P. Morgan Chase Bank, et al.,

Defendants.

**MOTION OF DEFENDANT, REBECCA S. PARRETT, TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AS AGAINST REBECCA S. PARRETT**

Defendant Rebecca S. Parrett respectfully moves the Court pursuant to Rule 8, Rule 9, 12(B)(1) and 12(B)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Amended Complaint as against Rebecca S. Parrett, due to lack of jurisdiction, the running of statutes of limitation and further because it fails to state a claim upon which relief can be granted. Defendant Rebecca S. Parrett brings this motion for reasons more fully stated in the attached memorandum.

Respectfully submitted,

**ZACKS LAW GROUP LLC**

**s/Benjamin S. Zacks**_______________
Benjamin S. Zacks (0040878)
James R. Billings (0061836)
33 South James Road, Third Floor
Columbus, OH 43213
(614) 236-8000 PHONE
(614) 236-3236 FAX
Attorney for Defendant Rebecca S. Parrett