IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| Plaintiffs, | : | Case No. C2:04-cv-1090<br>Related Case: 2:03-MDL-1565 |
| v. | : | Judge Graham |
| JP MORGAN CHASE BANK, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

The April 11, 2005 motion to admit David Guerrero Liston of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004-1482, to appear *pro hac vice* for Defendant Price Waterhouse Coopers LLP (doc. 57) is GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

**http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experiences any problems registering, he should call Lisa Wright (614-719-3222).

s/Mark R. Abel
United States Magistrate Judge