IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Unencumbered Assets Trust, *et al.*, | : | |
| Plaintiffs | : | Case No. 2:04-cv-1090 |
| v. | : | Judge Graham |
| JP Morgan Chase Bank, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**Order**

The May 10, 2005 applications of Philip S. Beck, Andrew L. Goldman, Mark L. Levine and Allison W. Freedman to appear *pro hac vice* as co-counsel for defendant Deloitte & Touche (doc. 78) are GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

**http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experience any problems registering, they should call Lisa Wright(614-719-3222).

s/ Mark R. Abel
United States Magistrate Judge