IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| | : | Civil Action 2:03-md-1565 |
| In re: National Century Financial Enterprises, Inc. Financial Investment Litigation | : | Judge Graham |
| | : | Magistrate Judge Abel |
| The Unencumbered Assets Trust, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:04-cv-1090 |
| v. | : | |
| JPMorgan Chase Bank, *et al.*, | : | |
| Defendants | : | |

## ORDER

The Court has before it the Agreed Motion of Defendants Bank One, N.A., JPMorgan Chase Bank, Credit Suisse First Boston Corp., Credit Suisse First American (USA), Inc., Credit Suisse First Boston LLC, CSFB USA, PriceWaterhouseCoopers LLP and Deloitte & Touche LLP (the Moving Defendants) for a 15-day extension of time in which to file Reply Briefs in support of their respective Motions to Dismiss and memoranda opposing Plaintiff's Motion for Leave to Amend Complaint. In accordance with Fed. R. Civ. P. 6(b) and Local Rule 7.3, the Court finds that the Agreed Motion should be, and it hereby is, GRANTED.

Accordingly the Moving Defendants shall have 15 additional days, to and in-

cluding July 15, 2005, in which to file Reply Briefs in support of their Motions to Dismiss and/or memoranda opposing Plaintiff's Motion for Leave to Amend.

SO ORDERED

s/Mark R. Abel
United States Magistrate Judge