IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| | : | Case No. 2:04-cv-1090 |
| Plaintiffs, | : | Judge Graham |
| v. | : | Magistrate Judge Abel |
| JP MORGAN CHASE BANK, *et al.*, | : | |
| Defendants. | | |

**ORDER**

The parties' June 20, 2005 agreed motion for an extension of time to and including July 15, 2005 for all Defendants to file reply briefs in support of their motions to dismiss and memoranda opposing Plaintiffs' motion for leave to amend the complaint (doc. 96) is **GRANTED**.

/s/ Mark R. Abel
United States Magistrate Judge