IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:04-cv-1090 |
| v. | : | Judge Graham |
| JP MORGAN CHASE BANK, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

Defendants' June 21, 2005 agreed motions for an extension of time to and including July 15, 2005 to file reply briefs in support of their motions to dismiss and to file memoranda opposing Plaintiffs' motion for leave to amend complaint (docs. 97 and 99) are **GRANTED.**

/s/ Mark R. Abel
United States Magistrate Judge