IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| | : | Case No. 2:04-cv-1090 |
| Plaintiffs, | | |
| | : | Judge Graham |
| v. | | |
| | : | Magistrate Judge Abel |
| JP MORGAN CHASE BANK*, et al.*, | | |
| | : | |
| Defendants. | | |

**ORDER**

The June 23, 2005 agreed motion of Defendants for an extension of time to and including July 15, 2005 to file a reply brief in support of their motions to dismiss and a memoranda opposing Plaintiffs' motion for leave (doc. 101) is **GRANTED**.

/s/ Mark R. Abel
Untied States Magistrate Judge