IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| | : | Case No. 2:04-cv-1090 |
| Plaintiffs, | | Related Case: 2:03-MDL-1565 |
| | : | |
| v. | | Judge Graham |
| | : | |
| JP MORGAN CHASE BANK, *et al.*, | | Magistrate Judge Abel |
| | : | |
| Defendants. | | |

**ORDER**

Defendant Pricewaterhousecooper LLP's unopposed July 14, 2005 motion for an extension of time to and including August 15, 2005 to file a reply brief in support of its motion to dismiss and in opposition to Plaintiffs' motion for leave to amend complaint (doc. 110) is **GRANTED**.

/s/ Mark R. Abel
United States Magistrate Judge