IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| Plaintiffs, | : | Case No. C2:04-cv-1090<br>Related Case: 2:03-MDL-1565 |
| v. | : | Judge Graham |
| JP MORGAN CHASE BANK, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

## Order

Plaintiffs' unopposed September 12, 2005 motion for leave to file a second amended complaint (doc. 137) is GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within ten (10) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge. The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel
United States Magistrate Judge