IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:04-cv-1090<br>Related Case: 2:03-MDL-1565 |
| v. | : | Judge Graham |
| JP MORGAN CHASE BANK, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

Defendant Kaye Scholer LLP's March 31, 2005 unopposed motion for leave to file memorandum of law in excess of 20 pages (doc. 36) is **GRANTED**.

/s/ Mark R. Abel
United States Magistrate Judge