IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et al.*, | : | |
| | : | Case No. 2:04-cv-1090 |
| Plaintiffs, | | |
| | : | Judge Graham |
| v. | | |
| | : | Magistrate Judge Abel |
| J.P. MORGAN CHASE BANK, *et al.*, | : | |
| Defendants. | | |

## ORDER

Defendants Lance Poulsen, Barbara Poulsen, South Atlantic Investments LLC, Thor Capital Holdings LLC, Kachina, Inc., Flohaz Partners LLC, Healthcare Capital LLC, Intercontinental Investment Associates Ltd., and Donald Ayers' unopposed March 2, 2006 motion for an extension of time to and including March 21, 2006 to move or plead with respect to plaintiffs' amended complaint (doc. 164) is **GRANTED.** Plaintiffs are to file their memoranda in opposition to any motions to dismiss on or before April 25, 2006.

/s/ Mark R. Abel
United States Magistrate Judge