**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **The Unencumbered Assets Trust, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**J.P. Morgan Chase Bank, *et al.*,**<br><br>**Defendants.** | **Case No. 2:04-cv-01090-JLG-MRA**<br>**Judge Graham**<br>**Magistrate Judge Abel** |

**MOTION OF DEFENDANTS, LANCE POULSEN, BARBARA POULSEN, SOUTH ATLANTIC INVESTMENTS LLC, THOR CAPITAL HOLDINGS LLC, KACHINA, INC., FLOHAZ PARTNERS LLC, HEALTHCARE CAPITAL LLC AND INTERCONTINENTAL INVESTMENT ASSOCIATES LTD. TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendants, Lance Poulsen, Barbara Poulsen, South Atlantic Investments LLC, Thor Capital Holdings LLC, Kachina, Inc., Flohaz Partners LLC, Healthcare Capital LLC and Intercontinental Investment Associates Ltd. (the "Moving Defendants"), by counsel, move to dismiss Plaintiffs' Third Amended Complaint.

The grounds for this Motion to Dismiss are discussed in the attached Memorandum in Support.

Dated: March 21, 2006

***/s/ John E. Haller***

John E. Haller (0031289)
SHUMAKER LOOP & KENDRICK LLP
41 South High Street, Suite 2400
Columbus, OH 43215
Tel: 614.628.4430
Fax: 614.573.7228
Email: jhaller@slk-law.com
Attorneys for Defendants, Lance Poulsen, Barbara Poulsen, South Atlantic Investments LLC, Thor Capital Holdings LLC, Kachina, Inc., Flohaz Partners LLC, Healthcare Capital LLC and Intercontinental Investment Associates Ltd.

# MEMORANDUM IN SUPPORT

## I. Argument

This Motion is related solely to Plaintiffs' Third Amended Complaint filed in this case on February 14, 2006.

Plaintiffs' Third Amended Complaint (docket number 159) does not raise any new issues or assert any new claims. The new allegations simply fail to allege any additional conduct on the part of the Moving Defendants that is sufficient to withstand a motion to dismiss.

As grounds for their Motion to Dismiss Plaintiff's Third Amended Complaint, the Moving Defendants incorporate by reference the following Motions to Dismiss and supporting memoranda and documents:

| Docket # | Filing Party | Incorporated Sections / Pages |
|---|---|---|
| 45 | Poulsen | Entire Document |
| 46 | Ayers | Entire Document |
| 43 | Bank One | I. 10-15<br>II.A.1. 15-17<br>II.B. 18-20 |
| 42 | JPMorgan Chase | IV. 9-19<br>V. 19-21 |
| 38 | Deloitte | I. 1-5<br>II. 6-18<br>III.C. 21-22 |
| 183 | Ayers | Entire Document |

## II. Conclusion

For the reasons stated in the above documents, the Moving Defendants request that Plaintiff's Third Amended Complaint (docket number 159) be dismissed.

Dated: March 21, 2006

***/s/ John E. Haller***

John E. Haller (0031289)
SHUMAKER LOOP & KENDRICK LLP
41 South High Street, Suite 2400
Columbus, OH 43215
Tel: 614.628.4430
Fax: 614.573.7228
Email: jhaller@slk-law.com
Attorneys for Defendants, Lance Poulsen, Barbara Poulsen, South Atlantic Investments LLC, Thor Capital Holdings LLC, Kachina, Inc., Flohaz Partners LLC, Healthcare Capital LLC and Intercontinental Investment Associates Ltd.

## CERTIFICATE OF SERVICE

On March 21, 2006, the undersigned electronically filed this document with the Court and served it on counsel through the CM/ECF system or by regular U.S. mail, postage prepaid, on persons not receiving filings through the CM/ECF system.

***/s/ John E. Haller***

John E. Haller