IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: National Century Financial Enterprises, Inc. Financial Investment Litigation | : | Case No. 2:03-md-1565 |
| | : | Judge James L. Graham |
| | : | Magistrate Judge Abel |
| | : | |

| | | |
|---|---|---|
| The Unencumbered Assets Trust, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:04-cv-1090 |
| v. | : | Judge James L. Graham |
| JP Morgan Chase Bank, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**Order**

Defendant Parrett must file any objections that she may have to the newly proposed version of the bar order by 10:00 a.m. on Monday, April 10, 2006.

s/ Mark Abel
United States Magistrate Judge