UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| The Unencumbered Assets Trust, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>JP Morgan Chase Bank, et al.<br><br>Defendants. | Case No. C2-04-1090<br><br>Judge Graham<br>Magistrate Judge Abel |

**Notice of Voluntary Dismissal, With Prejudice, of Plaintiffs' Claims Against JP Morgan Chase Bank and Bank One, N.A.**

Pursuant to Fed. R. Civ. P. 41(a), and in consideration of the settlement they have reached with Defendants JP Morgan Chase Bank and Bank One, N.A. (the "Trustee Defendants"), Plaintiffs in the above captioned proceedings (the "UAT") voluntarily dismiss, with prejudice, all of their claims against the Trustee Defendants. Nothing in this dismissal is, or shall be construed to be, a dismissal of the UAT's claims against any defendant in this action other than the Trustee Defendants.

Respectfully submitted,

GIBBS & BRUNS, LLP

By: /s/ Kathy D. Patrick
Kathy D. Patrick
Texas State Bar No. 15581400
Jeffry J. Cotner
Texas State Bar No. 00783884
Robert J. Madden
Texas State Bar No. 00784511
Scott A. Humphries
Texas State Bar No. 00796800
Brandon T. Allen
Texas State Bar No. 24009353
Caren S. Sweetland
Texas State Bar No. 24001333
Sydney Ballesteros
Texas State Bar No. 24036180
Fermeen Fazal
Texas State Bar No. 24027164
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel: 713-650-8805
Fax: 713-750-0903

ATTORNEYS FOR PLAINTIFFS
THE UNENCUMBERED ASSETS TRUST AND
ERWIN I. KATZ, LTD., TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following as indicated on the service list, and I hereby certify that I have mailed by certified mail, return receipt requested, United Postal Service the document to those parties who are not CM/ECF participants.

/s/ Kathy D. Patrick

## SERVICE LIST

| | |
|---|---|
| **VIA EM/ECF**<br>Brian Dickerson<br>bdickerson@maguire-schneider.com<br><br>A.. Balent<br>abalent@ms-lawfirm.com<br><br>J. Bryan<br>jbryan@ms-lawfirm.com<br><br>**Attorneys for Defendant Donald Ayers** | **VIA EM/ECF**<br>**John Edward Haller**<br>jhaller@cpmlaw.com<br><br>**Attorneys for Defendants Lance Poulsen, Barbara Poulsen, Intercontinental Investment Associates; Healthcare Capital, LLC; Flohaz Partners, LLC; South Atlantic Investments, LLC; Thor Capital Holdings, LLC and Kachina, Inc.** |
| **VIA EM/ECF**<br>James Garland<br>jgarland@cov.com<br><br>**VIA CM/RRR**<br>C. Williams Phillips<br>Mark P. Gimbel<br>Covington & Burling<br>1330 Avenue of the Americas<br>New York, NY 10019 – 5400<br><br>**VIA CM/RRR**<br>Gary M. Rubman<br>Stephen P. Anthony<br>Edward Rippey<br>Covington & Burling<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2401<br><br>**Attorneys for Defendants Bank One N.A., Bank One Corporation, and Banc One Capital Markets, Inc.** | **VIA EM/ECF**<br>John Callagy<br>jcallagy@kelleydrye.com<br><br>William Escobar<br>wescobar@kelleydrye.com<br><br>N. Panarella<br>npanarella@kelleydrye.com<br><br>J. Hankin<br>jhankin@kelleydrye.com<br><br>William Chester Wilkinson<br>William.wilkinson@thompsonhine.com<br><br>Nita Hanson<br>Nita.Hanson@thompsonhine.com<br><br>**VIA CM/RRR**<br>Michael A. Pearce<br>JPMorgan Chase Legal Department<br>One Chase Manhattan Plaza, 26th Floor<br>New York, NY 10081<br><br>O. Judson Scheaf, III<br>Thompson Hine LLP<br>10 West Broad Street, 7th Floor<br>Columbus, OH 43215<br>**Attorneys for JP Morgan Chase Bank** |

| | |
|---|---|
| **VIA CM/RRR**<br>Phillip Beck<br>Mark L. Levine<br>Andrew Goldman<br>Allison W. Freedman<br>Bartlit Beck Herman Palenchar & Scott<br>Courthouse Place<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60610<br><br>**Attorneys for Defendant Deloitte & Touche, LLP** | **VIA EM/ECF**<br>David Guerrero Liston<br>Listond@hugheshubbard.com<br><br>Tiffany C. Miller<br>tiffany.miller@baileycavalieri.com<br><br>**VIA CM/ RRR**<br>William R. Maguire, Esq.<br>Sarah Loomis Cave, Esq.<br>Derek J. T. Adler<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br><br>**VIA CM/RRR**<br>Dan L. Cvetanovich, Esq.<br>Bailey Cavalieri LLC<br>One Columbus<br>10 West Broad Street<br>Columbus, OH 43215-3422<br>**Attorneys for PricewaterhouseCoopers LLP** |
| **VIA EM/ECF**<br>Benjamin Zacks<br>bszacks@zlglaw.com<br><br>**Attorneys for Rebecca Parrett** | **VIA CM/RRR**<br>Thomas Rosenberg<br>Ulmer and Berne, LLP<br>88 East Broad Street, Suite 1600<br>Columbus, OH 43215-3581<br><br>**VIA CM/RRR**<br>Douglas H. Flaum<br>Israel David<br>Fried, Frank, Harris, Shriver & Jacobson, LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>**Attorneys for The Beacon Group, III - Focus Value Fund, L.P.** |

| | |
|---|---|
| **VIA EM/ECF**<br>Robert C. Allsbrook<br>callsbrook@kslaw.com<br><br>***VIA* CM/RRR**<br><br>Jeffrey Q. Smith; Steven G. Brody<br>Susan DiCicco; R. Colby Allsbrook<br>King and Spaulding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br><br>**Attorneys for Defendant Credit Suisse First Boston (USA), Inc. and Credit Suisse First Boston, LLC** | **VIA EM/ECF**<br>Seth Gaswirth<br>Seth.gaswirth@weil.com<br><br>Jane Pollack<br>jane.pollack@weil.com<br><br>James W. Quinn<br>James.quinn@weil.com<br><br>Theodore Tsekerides<br>theodore.tsekerides@weil.com<br><br>David Yohai<br>david.yohai@weil.com<br><br>**Attorneys for Kaye Scholer, LLP** |
| **CM/RRR**<br><br>Roger Makley<br>Coolidge, Wall, Womsley & Lombard Co.<br>33 West First Street, Suite 600<br>Dayton, Ohio 45402-1289 | |