IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Unencumbered Assets Trust, *et al.,* | : | |
| Plaintiffs, | : | Civil Action 2:04-cv-1090 |
| v. | : | Judge Graham |
| JP Morgan Chase, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

ORDER

Defendant Kaye Scholer's July 24, 2007 motions for the admission of David R. Singh, Esq. and Kevin F. Meade, Esq. *pro hac vice* to appear as counsel for Defendants (doc. 239--40) are GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

**http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experience any problems registering, they should call Lisa Wright (614-719-3222).

Under the provisions of S.D. Ohio L.R. 83.5(d), an application "for permission to appear *pro hac vice* shall be accompanied by a current certificate of good standing by the

highest court of any state, and the tender of a $200 fee to the Clerk of Courts." Defendants have failed to tendered a $200 fee for Mr. Singh and Mr. Meade. Defendants are DIRECTED to tender the $200 fee each for Mr. Singh and Mr. Meade **within thirty (30) days of the date of this Order**.

s/Mark R. Abel
United States Magistrate Judge.