**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **In Re:**<br>**National Century Financial Enterprises, Inc.** | **Case No. 2:03-MD-1565-JLG-MRA**<br><br>**Judge Graham**<br>**Magistrate Judge Abel** |

| | |
|---|---|
| The Unencumbered Assets Trust, et. al.<br><br>Plaintiffs,<br>vs.<br><br>JP Morgan Chase Bank, et. al.<br><br>Defendants. | Case No. C2-04-1090<br><br>**Judge Graham**<br>**Magistrate Judge Abel** |

**THE UNENCUMBERED ASSETS TRUST'S**
**NOTICE OF DISMISSAL OF DEFENDANT PURCELL & SCOTT, CO., L.P.A**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff The Unencumbered Assets Trust and Erwin I Katz, Ltd., Trustee of the Unencumbered Assets Trust, (the "UAT") hereby voluntarily dismiss all claims and causes of action asserted against Defendant Purcell & Scott, Co., L.P.A. ("P&S") in the above captioned matter.

P&S has not filed an answer nor has it filed a motion for summary judgment. This dismissal is without prejudice. No claim or cause of action asserted by the UAT against any other defendant is intended to be dismissed, or is dismissed, by this notice.

Respectfully submitted,

s/Leon Friedberg by /s Kathy Patrick per authorization
Leon Friedberg (0014260)
Trial Attorney
Lxf@cpmlaw.com
H. Ritchey Hollenbaugh (001072)
Hrh@cpmlaw.com
CARLILE PATCHEN & MURPHY LLP
366 East Broad Street
Columbus, Ohio 43215
Telephone: 614-228-6135
Fax: 614-221-0216
ATTORNEYS FOR PLAINTIFFS THE UNENCUMBERED ASSETS TRUST AND ERWIN I. KATZ, LTD., TRUSTEE

OF COUNSEL:

Kathy D. Patrick
Robert J. Madden
Jeffry J. Cotner
Scott A. Humphries
Sydney Ballesteros
Caren Sweetland
Fermeen Fazal
GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Fax: 713/750-0903

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, I sent a true and correct copy of the foregoing, upon all counsel of record on the attached service list, by electronic mail and certified mail, return receipt requested.

/s/ Scott A. Humphries
Scott A. Humphries