IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Unencumbered Assets Trust, et. al, | : | |
| Plaintiffs | : | Civil Action 2:04-cv-01090 |
| v. | : | Judge Graham |
| JP Morgan Chase Bank, et. al, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

The October 25, 2007 motion of Salvatore A. Romanello to appear *pro hac vice* as counsel or co-counsel for Kaye Scholer, LLP (doc. 270) is GRANTED on the condition that, within 15 days of the date of this Order, counsel registers for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:

http://www.ohsd.uscourts.gov/cmecfreg.htm

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experiences any problems registering, he should call Lisa Wright (614-719-3222).

Counsel is DIRECTED tender the $200 application fee to the Clerk of Court within 30 days of this order.

s/Mark R. Abel
United States Magistrate Judge