UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| The Unencumbered Assets Trust, et al.<br><br>Plaintiffs,<br>vs.<br><br>JP Morgan Chase Bank, et al.<br><br>Defendants. | Case No. C2-04-1090<br><br>Judge Graham<br>Magistrate Judge Abel |

**Notice of Voluntary Dismissal, With Prejudice, of Plaintiffs' Claims Against Kaye Scholer, LLP**

Pursuant to Fed. R. Civ. P. 41(a), and in consideration of the settlement they have reached with Defendant Kaye Scholer, LLP (the "Kaye Scholer"), each and all of the Plaintiffs in the above captioned proceedings (the "UAT") voluntarily dismiss, with prejudice, all of their claims against Kaye Scholer, with each party to bear their own costs. Nothing in this dismissal is, or shall be construed to be, a dismissal of the UAT's claims against any defendant in this action other than Kaye Scholer.

Respectfully submitted,

GIBBS & BRUNS, LLP

By: _//s//Jeffry J. Cotner______________________
Kathy D. Patrick
Texas State Bar No. 15581400
Jeffry J. Cotner
Texas State Bar No. 00783884
Robert J. Madden
Texas State Bar No. 00784511
Scott A. Humphries
Texas State Bar No. 00796800
Brandon T. Allen
Texas State Bar No. 24009353
Caren S. Sweetland
Texas State Bar No. 24001333
Sydney Ballesteros
Texas State Bar No. 24036180
Fermeen Fazal
Texas State Bar No. 24027164
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel: 713-650-8805
Fax: 713-750-0903

ATTORNEYS FOR PLAINTIFFS
THE UNENCUMBERED ASSETS TRUST AND
ERWIN I. KATZ, LTD., TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following as indicated on the service list, and I hereby certify that I have mailed by certified mail, return receipt requested, United Postal Service the document to those parties who are not CM/ECF participants.

//s//Jeffry J. Cotner______________