IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: National Century Financial Enterprises, Inc. Financial Investment Litigation | Civil Action 2:03-md-1565<br>Judge Graham<br>Magistrate Judge Abel |
| The Unencumbered Assets Trust, *et al.*,<br>Plaintiffs,<br>v.<br>JP Morgan Chase Bank, *et al.*,<br>Defendants. | Case No. 04-cv-1090<br>Judge James L. Graham<br>Magistrate Judge Mark R. Abel |
| Lance K. Poulsen and Barbara Poulsen,<br>Plaintiffs,<br>v.<br>Credit Suisse First Boston Corp., *et al.*,<br>Defendants. | Case No. 04-cv-1097<br>Judge James L. Graham<br>Magistrate Judge Mark R. Abel |

# Order

On August 15, 2008, the parties presented a stipulation regarding the authenticity of documents and asked that the Court issue an Order approving the stipulation. (Doc. 1407.) The Court hereby determines that the stipulation is binding on all parties who signed it, and the Court

will deem authentic any document so designated by operation of the stipulation.

s/ James L. Graham
James L. Graham
United States District Judge

DATE: August 21, 2008