IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: National Century Financial Enterprises, Inc. Financial Investment Litigation | : | |
| | : | Case No. 2:03-md-1565 |
| | : | Judge Graham |
| | : | Magistrate Judge Abel |
| | : | |

## ORDER

Benjamin S. Zacks, James R. Billings, and the Zacks Law Group, LLC's February 10, 2009 motion to withdraw as counsel for Rebecca S. Parrett and request to stay the action (doc. 1486) is GRANTED in part. Benjamin S. Zacks, James R. Billings, and the Zacks Law Group, LLC may withdraw as counsel, but this action will not be stayed.

The Clerk of Court is DIRECTED to terminate document number 45 in case number 2:04-cv-00697 and document number 322 in case number 2:04-cv-01090.

s/ Mark R. Abel
United States Magistrate Judge