IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Unencumbered Assets Trust, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:04-cv-1090 |
| v. | : | Judge James L. Graham |
| JP Morgan Chase Bank, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**Order**

Defendant Credit Suisse's February 20,2009 motion for leave to withdraw its motion for sanctions against plaintiffs Lloyds TSB Bank PLC, Metropolitan Life Insurance Company, and Metropolitan Insurance and Annuity Company and to file an amended motion for sanctions under seal pursuant to the Court's July 2007 Protective Order (doc. 327) is GRANTED.

s/ Mark R. Abel
United States Magistrate Judge