UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL CENTURY FINANCIAL ENTERPRISES, INC. FINANCIAL INVESTMENT LITIGATION. | Case No. 03-md-01565<br><br>Judge James L. Graham<br><br>Magistrate Judge Mark R. Abel |
| THE UNENCUMBERED ASSETS TRUST, *et ano.*,<br><br>Plaintiffs,<br><br>-against-<br><br>JP MORGAN CHASE BANK, *et al.*,<br><br>Defendants. | Case No. 04-cv-01090<br><br>Judge James L. Graham<br><br>Magistrate Judge Mark R. Abel<br><br>**ORAL ARGUMENT REQUESTED** |

**CREDIT SUISSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST THE UNENCUMBERED ASSETS TRUST'S THIRD AMENDED COMPLAINT**

McKEE NELSON LLP
Jeffrey Q. Smith
Steven G. Brody
Susan F. DiCicco
Laila Abou-Rahme
One Battery Park Plaza
New York, New York 10004
Tel: (917) 777-4200

BAKER & HOSTETLER LLP
Thomas L. Long (0023127)
Sherri B. Lazear (0030546)
Capitol Square
65 East State Street
Suite 2100
Columbus, Ohio 43215
Tel: (614) 228-1541

WACHTELL, LIPTON, ROSEN & KATZ
Harold S. Novikoff
Douglas K. Mayer
David C. Bryan
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000

Defendant Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC and successor by merger to Credit Suisse First Boston Corporation), Credit Suisse (USA), Inc. (formerly known as Credit Suisse First Boston (USA), Inc.), and Credit Suisse, New York Branch (formerly known as Credit Suisse First Boston, New York Branch) (collectively, "Credit Suisse"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rules 7.1 and 7.2 of the Local Civil Rules of the Southern District of Ohio, by and through their undersigned counsel, respectfully move this Court for an Order granting their Motion for Summary Judgment Against the Unencumbered Assets Trust's Third Amended Complaint, on the ground that there exists no genuine issue of material fact with respect to any of the legal claims therein against Credit Suisse.

Credit Suisse has filed its accompanying Memorandum of Law and Affidavit of Jeffrey Q. Smith, sworn to on May 26, 2009, with accompanying exhibits, under seal pursuant to the Protective Order entered by the Court on July 12, 2007. See MDL D.E. 1037; UAT D.E. 230.

Dated: Columbus, Ohio
May 26, 2009

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ Thomas L. Long
Thomas L. Long (0023127)
Sherri B. Lazear (0030546)
Capitol Square
65 East State Street, Suite 2100
Columbus, Ohio 43215
Tel: (614) 228-1541

-and-

McKEE NELSON LLP
Jeffrey Q. Smith
Steven G. Brody
Susan F. DiCicco
Laila Abou-Rahme
One Battery Park Plaza
New York, New York 10004
Tel: (917) 777-4200

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Harold S. Novikoff
Douglas K. Mayer
David C. Bryan
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000

Attorneys for:

Credit Suisse Securities (USA) LLC,
Credit Suisse, New York Branch, and
Credit Suisse (USA), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br>NATIONAL CENTURY FINANCIAL ENTERPRISES, INC. FINANCIAL INVESTMENT LITIGATION. | Case No. 03-md-01565<br>Judge James L. Graham<br>Magistrate Judge Mark R. Abel |
| THE UNENCUMBERED ASSETS TRUST, *et ano.*,<br>Plaintiffs,<br>-against-<br>JP MORGAN CHASE BANK, *et al.*,<br>Defendants. | Case No. 04-cv-1090<br>Judge James L. Graham<br>Magistrate Judge Mark R. Abel |

**NOTICE OF FILING OF MEMORANDUM OF LAW IN SUPPORT OF THE CREDIT SUISSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST THE UNENCUMBERED ASSETS TRUST'S THIRD AMENDED COMPLAINT**

McKEE NELSON LLP
Jeffrey Q. Smith
Steven G. Brody
Susan F. DiCicco
Laila Abou-Rahme
One Battery Park Plaza
New York, New York 10004
Tel: (917) 777-4200

BAKER & HOSTETLER LLP
Thomas L. Long (0023127)
Sherri B. Lazear (0030546)
Capitol Square
65 East State Street
Suite 2100
Columbus, Ohio 43215
Tel: (614) 228-1541

WACHTELL, LIPTON, ROSEN & KATZ
Harold S. Novikoff
Douglas K. Mayer
David C. Bryan
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000

Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC), Credit Suisse (USA), Inc. (formerly known as Credit Suisse First Boston (USA), Inc.), and Credit Suisse, New York Branch (formerly known as Credit Suisse First Boston, New York Branch) (collectively, "Credit Suisse") hereby give notice to all parties that on this date the Memorandum of Law in Support of the Credit Suisse Defendants' Motion for Summary Judgment Against the Unencumbered Assets Trust's Third Amended Complaint was filed UNDER SEAL in accordance with the Protective Order entered by the Court on July 12, 2007. See MDL D.E. 1037; UAT D.E. 230.

Dated: Columbus, Ohio
May 26, 2009

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ Thomas L. Long
Thomas L. Long (0023127)
Capitol Square
65 East State Street, Suite 2100
Columbus, Ohio 43215
Tel: (614) 228-1541

McKEE NELSON LLP
Jeffrey Q. Smith (JS-7435)
Steven G. Brody (SB-6859)
Susan F. DiCicco (SD-8013)
Laila Abou-Rahme
One Battery Park Plaza
New York, New York 10004
Tel: (917) 777-4200

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Harold S. Novikoff
Douglas K. Mayer
David C. Bryan
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000

Attorneys for Defendants
Credit Suisse Securities (USA) LLC,
Credit Suisse (USA), Inc. and
Credit Suisse, New York Branch

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2009, true and correct copies of Credit Suisse's Motion for Summary Judgment Against the Unencumbered Assets Trust's Third Amended Complaint, the Memorandum of Law in Support thereof, and the accompanying Affidavit of Jeffrey Q. Smith, sworn to on this date, with exhibits were served on counsel for the parties by electronic delivery with the exception of the exhibits to the Smith Affidavit which were served by hand delivery or Federal Express.

_/s/Laila Abou-Rahme___________________
Laila Abou-Rahme