**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br>**National Century Financial Enterprises, Inc.** | **Case No. 2:03-MD-1565-JLG-MRA**<br>**Judge Graham**<br>**Magistrate Judge Abel** |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **The Unencumbered Assets Trust, *et al.*,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**J.P. Morgan Chase Bank, *et al.*,**<br>**Defendants.** | **Case No. 2:04-cv-01090-JLG-MRA**<br>**Judge Graham**<br>**Magistrate Judge Abel** |

**ANSWER OF DEFENDANTS, LANCE POULSEN, BARBARA POULSEN, SOUTH ATLANTIC INVESTMENTS LLC, THOR CAPITAL HOLDINGS LLC, KACHINA, INC., FLOHAZ PARTNERS LLC, HEALTHCARE CAPITAL LLC AND INTERCONTINENTAL INVESTMENT ASSOCIATES LTD. TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendants, Lance Poulsen, Barbara Poulsen, South Atlantic Investments LLC, Thor Capital Holdings LLC, Kachina, Inc., Flohaz Partners LLC, Healthcare Capital LLC and Intercontinental Investment Associates Ltd. (collectively "Defendants"), by counsel, for their Answer to Plaintiffs' Third Amended Complaint in Case No. 2:04-CV-1090-JLG-MRA, admit, deny and aver as follows:

**First Defense**

1. Admit the allegations of paragraph 1 of plaintiffs' Third Amended Complaint.

2. Deny the allegations of paragraph 2 of plaintiffs' Third Amended Complaint.

3. Deny the allegations of paragraph 3 of plaintiffs' Third Amended Complaint.

4. Deny the allegations of paragraph 4 of plaintiffs' Third Amended Complaint.

5. Deny the allegations of paragraph 5 of plaintiffs' Third Amended Complaint.

6. Deny the allegations of paragraph 6 of plaintiffs' Third Amended Complaint.

7. Deny the allegations of paragraph 7 of plaintiffs' Third Amended Complaint.

8. Deny the allegations of paragraph 8 of plaintiffs' Third Amended Complaint.

9. Deny the allegations of paragraph 9 of plaintiffs' Third Amended Complaint.

10. Admit that the Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331. Deny the remaining allegations of paragraph 10 of plaintiffs' Third Amended Complaint.

10A . Admit that the Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331. Deny the remaining allegations of paragraph 10A of plaintiffs' Third Amended Complaint.

11. Admit the allegations of paragraph 11 of plaintiffs' Third Amended Complaint.

12. Admit the allegations of paragraph 12 of plaintiffs' Third Amended Complaint.

13. Admit the allegations of paragraph 13 of plaintiffs' Third Amended Complaint.

13A . Admit the allegations of paragraph 13A of plaintiffs' Third Amended Complaint.

14. The allegations of paragraph 14 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 14 of plaintiffs' Third Amended Complaint.

15. The allegations of paragraph 15 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 15 of plaintiffs' Third Amended Complaint.

16. The allegations of paragraph 16 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 16 of plaintiffs' Third Amended Complaint.

17. The allegations of paragraph 17 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 17 of plaintiffs' Third Amended Complaint.

18. The allegations of paragraph 18 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 18 of plaintiffs' Third Amended Complaint.

19. The allegations of paragraph 19 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 19 of plaintiffs' Third Amended Complaint.

20. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20 of plaintiffs' Third Amended Complaint.

21. The allegations of paragraph 21 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 21 of plaintiffs' Third Amended Complaint.

22. The allegations of paragraph 22 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 22 of plaintiffs' Third Amended Complaint.

22A . The allegations of paragraph 22A pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 22A of plaintiffs' Third Amended Complaint.

22B . The allegations of paragraph 22B pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 22B of plaintiffs' Third Amended Complaint.

23. The allegations of paragraph 23 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 23 of plaintiffs' Third Amended Complaint.

24. Admit that IIA is or was a Nevada limited liability company and that its members include or included Lance Poulsen, Barbara Poulsen, Donald Ayers and Rebecca Parrett. Deny the remaining allegations of paragraph 24 of plaintiffs' Third Amended Complaint.

25. Admit that HCC is or was a Nevada limited liability company and that its members include or included Lance Poulsen, Barbara Poulsen, Donald Ayers and

Rebecca Parrett. Deny the remaining allegations of paragraph 25 of plaintiffs' Third Amended Complaint.

26. Admit that Flohaz is or was a Delaware limited liability company and that its members include or included Lance Poulsen, Barbara Poulsen, Donald Ayers and Rebecca Parrett. Deny the remaining allegations of paragraph 26 of plaintiffs' Third Amended Complaint.

27. Admit that South Atlantic is or was an Ohio limited liability company and that its members include or included Lance Poulsen, Barbara Poulsen, Donald Ayers and Rebecca Parrett. Deny the remaining allegations of paragraph 27 of plaintiffs' Third Amended Complaint.

28. Admit that Thor is or was an Ohio limited liability company and that its members include or included Lance Poulsen, Barbara Poulsen, Donald Ayers and Rebecca Parrett. Deny the remaining allegations of paragraph 28 of plaintiffs' Third Amended Complaint.

29. Admit that Kachina is or was an Ohio limited liability company and that its members include or included Lance Poulsen, Barbara Poulsen, Donald Ayers and Rebecca Parrett. Deny the remaining allegations of paragraph 29 of plaintiffs' Third Amended Complaint.

30. Admit that Lance Poulsen and Barbara Poulsen are husband and wife and that they reside in Florida, that Lance Poulsen served as an officer, director and shareholder of NCFE and certain of its affiliates, that Barbara Poulsen served at times as the

secretary, treasurer or a director of NCFE. Deny the remaining allegations of paragraph 30 of plaintiffs' Third Amended Complaint.

31 Admit that Ayers served as an officer, director and shareholder of NCFE and certain of its affiliates. Aver that they are without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 31 of plaintiffs' Third Amended Complaint.

32 Admit that Parrett served as an officer, director and shareholder of NCFE and certain of its affiliates. Aver that they are without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 31 of plaintiffs' Third Amended Complaint.

33. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 of plaintiffs' Third Amended Complaint.

34. Admit the allegations of paragraph 34 of plaintiffs' Third Amended Complaint.

35. Admit the allegations of paragraph 35 of plaintiffs' Third Amended Complaint.

36. Admit the allegations of paragraph 36 of plaintiffs' Third Amended Complaint.

37. Admit the allegations of paragraph 37 of plaintiffs' Third Amended Complaint.

38. Admit the allegations of paragraph 38 of plaintiffs' Third Amended Complaint.

39. Admit the allegations of paragraph 39 of plaintiffs' Third Amended Complaint.

40. Admit the allegations of paragraph 40 of plaintiffs' Third Amended Complaint.

41. Admit the allegations of paragraph 41 of plaintiffs' Third Amended Complaint.

42. Admit the allegations of paragraph 42 of plaintiffs' Third Amended Complaint.

43. Admit the allegations of paragraph 43 of plaintiffs' Third Amended Complaint.

44. Admit the allegations of paragraph 44 of plaintiffs' Third Amended Complaint.

45. Admit the allegations of paragraph 45 of plaintiffs' Third Amended Complaint.

46. Admit the allegations of paragraph 46 of plaintiffs' Third Amended Complaint.

47. Admit the allegations of paragraph 47 of plaintiffs' Third Amended Complaint.

48. Admit the allegations of paragraph 48 of plaintiffs' Third Amended Complaint.

49. Admit the allegations of paragraph 49 of plaintiffs' Third Amended Complaint.

50. Admit the allegations of paragraph 50 of plaintiffs' Third Amended Complaint.

51. Admit the allegations of paragraph 51 of plaintiffs' Third Amended Complaint.

52. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52 of plaintiffs' Third Amended Complaint.

53. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53 of plaintiffs' Third Amended Complaint.

54. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54 of plaintiffs' Third Amended Complaint.

55. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55 of plaintiffs' Third Amended Complaint.

56. Admit that Notes relating to some of the Programs were rated AAA. Deny the remaining allegations of paragraph 56 of plaintiffs' Third Amended Complaint.

57. Deny the allegations of paragraph 57 of plaintiffs' Third Amended Complaint.

58. Deny the allegations of paragraph 58 of plaintiffs' Third Amended Complaint.

59. Deny the allegations of paragraph 59 of plaintiffs' Third Amended Complaint.

60. Deny the allegations of paragraph 60 of plaintiffs' Third Amended Complaint.

61. Deny the allegations of paragraph 61 of plaintiffs' Third Amended Complaint.

62. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 62 of plaintiffs' Third Amended Complaint.

63. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 63 of plaintiffs' Third Amended Complaint.

64. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 64 of plaintiffs' Third Amended Complaint.

65. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 65 of plaintiffs' Third Amended Complaint.

66. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 66 of plaintiffs' Third Amended Complaint.

67. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67 of plaintiffs' Third Amended Complaint.

68. Deny the allegations of paragraph 68 of plaintiffs' Third Amended Complaint.

69. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 69 of plaintiffs' Third Amended Complaint.

70. Deny the allegations of paragraph 70 of plaintiffs' Third Amended Complaint.

71. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 71 of plaintiffs' Third Amended Complaint.

72. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 72 of plaintiffs' Third Amended Complaint.

73. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 73 of plaintiffs' Third Amended Complaint.

74. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 74 of plaintiffs' Third Amended Complaint.

75. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 75 of plaintiffs' Third Amended Complaint.

76. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 76 of plaintiffs' Third Amended Complaint.

77. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 77 of plaintiffs' Third Amended Complaint.

78. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 78 of plaintiffs' Third Amended Complaint.

79. Deny the allegations of paragraph 79 of plaintiffs' Third Amended Complaint.

80. The allegations of paragraph 80 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 80 of plaintiffs' Third Amended Complaint.

81. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 81 of plaintiffs' Third Amended Complaint.

82. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 82 of plaintiffs' Third Amended Complaint.

83. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 83 of plaintiffs' Third Amended Complaint.

84. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 84 of plaintiffs' Third Amended Complaint.

85. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 85 of plaintiffs' Third Amended Complaint.

86. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 86 of plaintiffs' Third Amended Complaint.

87. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 87 of plaintiffs' Third Amended Complaint.

88. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 88 of plaintiffs' Third Amended Complaint.

89. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 89 of plaintiffs' Third Amended Complaint.

90. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 90 of plaintiffs' Third Amended Complaint.

91. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 91 of plaintiffs' Third Amended Complaint.

92. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 92 of plaintiffs' Third Amended Complaint.

93. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 93 of plaintiffs' Third Amended Complaint.

94. Deny the allegations of paragraph 94 of plaintiffs' Third Amended Complaint.

95. Deny the allegations of paragraph 95 of plaintiffs' Third Amended Complaint.

96. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 96 of plaintiffs' Third Amended Complaint.

97. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 97 of plaintiffs' Third Amended Complaint.

98. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 98 of plaintiffs' Third Amended Complaint.

99. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 99 of plaintiffs' Third Amended Complaint.

100. Deny the allegations of paragraph 100 of plaintiffs' Third Amended Complaint.

101. Deny the allegations of paragraph 101 of plaintiffs' Third Amended Complaint.

102. Deny the allegations of paragraph 102 of plaintiffs' Third Amended Complaint.

103. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 103 of plaintiffs' Third Amended Complaint.

104. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 104 of plaintiffs' Third Amended Complaint.

105. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 105 of plaintiffs' Third Amended Complaint.

106. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 106 of plaintiffs' Third Amended Complaint.

107. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 107 of plaintiffs' Third Amended Complaint.

108. Admit that NCFE, NPF VI and NPF XII did not meet the Master Indentures' definition of a Seller. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 108 of plaintiffs' Third Amended Complaint.

109. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 109 of plaintiffs' Third Amended Complaint.

110. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 110 of plaintiffs' Third Amended Complaint.

111. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 111 of plaintiffs' Third Amended Complaint.

112. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 112 of plaintiffs' Third Amended Complaint.

113. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 113 of plaintiffs' Third Amended Complaint.

114. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 114 of plaintiffs' Third Amended Complaint.

115. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 115 of plaintiffs' Third Amended Complaint.

116. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 116 of plaintiffs' Third Amended Complaint.

118. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 118 of plaintiffs' Third Amended Complaint.

119. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 119 of plaintiffs' Third Amended Complaint.

120. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 120 of plaintiffs' Third Amended Complaint.

121. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 121 of plaintiffs' Third Amended Complaint.

122. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 122 of plaintiffs' Third Amended Complaint.

123. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 123 of plaintiffs' Third Amended Complaint.

124. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 124 of plaintiffs' Third Amended Complaint.

125. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 125 of plaintiffs' Third Amended Complaint.

126. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 126 of plaintiffs' Third Amended Complaint.

127. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 127 of plaintiffs' Third Amended Complaint.

128. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 128 of plaintiffs' Third Amended Complaint.

129. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 129 of plaintiffs' Third Amended Complaint.

130. Admit the allegations of paragraph 130 of plaintiffs' Third Amended Complaint.

131. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 131 of plaintiffs' Third Amended Complaint.

132. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 132 of plaintiffs' Third Amended Complaint.

133. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 133 of plaintiffs' Third Amended Complaint.

134. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 134 of plaintiffs' Third Amended Complaint.

135. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 135 of plaintiffs' Third Amended Complaint.

136. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 136 of plaintiffs' Third Amended Complaint.

137. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 137 of plaintiffs' Third Amended Complaint.

138. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 138 of plaintiffs' Third Amended Complaint.

139. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 139 of plaintiffs' Third Amended Complaint.

140. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 140 of plaintiffs' Third Amended Complaint.

141. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 141 of plaintiffs' Third Amended Complaint.

142. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 142 of plaintiffs' Third Amended Complaint.

143. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 143 of plaintiffs' Third Amended Complaint.

144. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 144 of plaintiffs' Third Amended Complaint.

145. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 145 of plaintiffs' Third Amended Complaint.

146. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 146 of plaintiffs' Third Amended Complaint.

147. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 147 of plaintiffs' Third Amended Complaint.

148. Deny the allegations of paragraph 148 of plaintiffs' Third Amended Complaint.

149. Deny the allegations of paragraph 149 of plaintiffs' Third Amended Complaint.

150. Deny the allegations of paragraph 150 of plaintiffs' Third Amended Complaint.

151. Deny the allegations of paragraph 151 of plaintiffs' Third Amended Complaint.

152. The allegations of paragraph 152 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 152 of plaintiffs' Third Amended Complaint.

153. The allegations of paragraph 153 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 153 of plaintiffs' Third Amended Complaint.

153A. The allegations of paragraph 153A pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 153A of plaintiffs' Third Amended Complaint.

153B. Admit the allegations of paragraph 153B of plaintiffs' Third Amended Complaint.

153C. Deny the allegations of paragraph 153C of plaintiffs' Third Amended Complaint.

153D. Deny the allegations of paragraph 153D of plaintiffs' Third Amended Complaint.

153E. Deny the allegations of paragraph 153E of plaintiffs' Third Amended Complaint.

153F. Deny the allegations of paragraph 153F of plaintiffs' Third Amended Complaint.

153G. Deny the allegations of paragraph 153G of plaintiffs' Third Amended Complaint.

153H. Deny the allegations of paragraph 153H of plaintiffs' Third Amended Complaint.

153I. Deny the allegations of paragraph 153I of plaintiffs' Third Amended Complaint.

153J. Deny the allegations of paragraph 153J of plaintiffs' Third Amended Complaint.

153K. Deny the allegations of paragraph 153K of plaintiffs' Third Amended Complaint.

153L. Deny the allegations of paragraph 153L of plaintiffs' Third Amended Complaint.

153M. The allegations of paragraph 153M pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 153M of plaintiffs' Third Amended Complaint.

153N. The allegations of paragraph 153N pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 153N of plaintiffs' Third Amended Complaint.

153O . The allegations of paragraph 153O pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 153O of plaintiffs' Third Amended Complaint.

153P . The allegations of paragraph 153P pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 153P of plaintiffs' Third Amended Complaint.

153Q . The allegations of paragraph 153Q pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 153Q of plaintiffs' Third Amended Complaint.

153R . Deny the allegations of paragraph 153R of plaintiffs' Third Amended Complaint.

153S . Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 153S of plaintiffs' Third Amended Complaint.

153T . Deny the allegations of paragraph 153T of plaintiffs' Third Amended Complaint.

153U . Deny the allegations of paragraph 153U of plaintiffs' Third Amended Complaint.

153V . Deny the allegations of paragraph 153V of plaintiffs' Third Amended Complaint.

153W. Deny the allegations of paragraph 153W of plaintiffs' Third Amended Complaint.

153X. Deny the allegations of paragraph 153X of plaintiffs' Third Amended Complaint.

153Y. Deny the allegations of paragraph 153Y of plaintiffs' Third Amended Complaint.

153Z. Deny the allegations of paragraph 153Z of plaintiffs' Third Amended Complaint.

153AA. Deny the allegations of paragraph 153AA of plaintiffs' Third Amended Complaint.

153BB. Deny the allegations of paragraph 153BB of plaintiffs' Third Amended Complaint.

153CC. Deny the allegations of paragraph 153CC of plaintiffs' Third Amended Complaint.

153DD. Deny the allegations of paragraph 153DD of plaintiffs' Third Amended Complaint.

154. Deny the allegations of paragraph 154 of plaintiffs' Third Amended Complaint.

155. Deny the allegations of paragraph 155 of plaintiffs' Third Amended Complaint.

156. Deny the allegations of paragraph 156 of plaintiffs' Third Amended Complaint.

157. Deny the allegations of paragraph 157 of plaintiffs' Third Amended Complaint.

158. Deny the allegations of paragraph 158 of plaintiffs' Third Amended Complaint.

159. Deny the allegations of paragraph 159 of plaintiffs' Third Amended Complaint.

160. Deny the allegations of paragraph 160 of plaintiffs' Third Amended Complaint.

161. Deny the allegations of paragraph 161 of plaintiffs' Third Amended Complaint.

162. Deny the allegations of paragraph 162 of plaintiffs' Third Amended Complaint.

163. Deny the allegations of paragraph 163 of plaintiffs' Third Amended Complaint.

164. Deny the allegations of paragraph 164 of plaintiffs' Third Amended Complaint.

165. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 165 of plaintiffs' Third Amended Complaint.

167. Deny the allegations of paragraph 167 of plaintiffs' Third Amended Complaint.

168. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 168 of plaintiffs' Third Amended Complaint.

169. Deny the allegations of paragraph 169 of plaintiffs' Third Amended Complaint.

170. Deny the allegations of paragraph 170 of plaintiffs' Third Amended Complaint.

171. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 171 of plaintiffs' Third Amended Complaint.

172. Deny the allegations of paragraph 172 of plaintiffs' Third Amended Complaint.

173. Deny the allegations of paragraph 173 of plaintiffs' Third Amended Complaint.

174. Deny the allegations of paragraph 174 of plaintiffs' Third Amended Complaint.

175. Deny the allegations of paragraph 175 of plaintiffs' Third Amended Complaint.

176. Deny the allegations of paragraph 176 of plaintiffs' Third Amended Complaint.

177. Deny the allegations of paragraph 177 of plaintiffs' Third Amended Complaint.

178. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 178 of plaintiffs' Third Amended Complaint.

179. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 179 of plaintiffs' Third Amended Complaint.

180. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 180 of plaintiffs' Third Amended Complaint.

180A. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 180A of plaintiffs' Third Amended Complaint.

180B. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 180B of plaintiffs' Third Amended Complaint.

180C. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 180C of plaintiffs' Third Amended Complaint.

181. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 181 of plaintiffs' Third Amended Complaint.

182. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 182 of plaintiffs' Third Amended Complaint.

183. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 183 of plaintiffs' Third Amended Complaint.

184. Deny the allegations of paragraph 184 of plaintiffs' Third Amended Complaint.

185. Deny the allegations of paragraph 185 of plaintiffs' Third Amended Complaint.

186. Deny the allegations of paragraph 186 of plaintiffs' Third Amended Complaint.

187. Deny the allegations of paragraph 187 of plaintiffs' Third Amended Complaint.

188. Deny the allegations of paragraph 188 of plaintiffs' Third Amended Complaint.

189. Deny the allegations of paragraph 189 of plaintiffs' Third Amended Complaint.

190. Deny the allegations of paragraph 190 of plaintiffs' Third Amended Complaint.

191. Deny the allegations of paragraph 191 of plaintiffs' Third Amended Complaint.

192. Deny the allegations of paragraph 192 of plaintiffs' Third Amended Complaint.

193. Deny the allegations of paragraph 193 of plaintiffs' Third Amended Complaint.

194. Deny the allegations of paragraph 194 of plaintiffs' Third Amended Complaint.

195. Deny the allegations of paragraph 195 of plaintiffs' Third Amended Complaint.

196. Deny the allegations of paragraph 196 of plaintiffs' Third Amended Complaint.

197. Deny the allegations of paragraph 197 of plaintiffs' Third Amended Complaint.

198. Deny the allegations of paragraph 198 of plaintiffs' Third Amended Complaint.

199. Deny the allegations of paragraph 199 of plaintiffs' Third Amended Complaint.

200. Deny the allegations of paragraph 200 of plaintiffs' Third Amended Complaint.

201. Deny the allegations of paragraph 201 of plaintiffs' Third Amended Complaint.

202. Deny the allegations of paragraph 202 of plaintiffs' Third Amended Complaint.

203. Deny the allegations of paragraph 203 of plaintiffs' Third Amended Complaint.

204. Deny the allegations of paragraph 204 of plaintiffs' Third Amended Complaint.

205. Deny the allegations of paragraph 205 of plaintiffs' Third Amended Complaint.

206. Deny the allegations of paragraph 206 of plaintiffs' Third Amended Complaint.

206A. Deny the allegations of paragraph 206A of plaintiffs' Third Amended Complaint.

206B. Deny the allegations of paragraph 206B of plaintiffs' Third Amended Complaint.

207. Deny the allegations of paragraph 207 of plaintiffs' Third Amended Complaint.

208. Deny the allegations of paragraph 208 of plaintiffs' Third Amended Complaint.

209. Deny the allegations of paragraph 209 of plaintiffs' Third Amended Complaint.

210. Deny the allegations of paragraph 210 of plaintiffs' Third Amended Complaint.

211. Deny the allegations of paragraph 211 of plaintiffs' Third Amended Complaint.

212. Deny the allegations of paragraph 212 of plaintiffs' Third Amended Complaint.

213. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 213 of plaintiffs' Third Amended Complaint.

214. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 214 of plaintiffs' Third Amended Complaint.

215. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 215 of plaintiffs' Third Amended Complaint.

216. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 216 of plaintiffs' Third Amended Complaint.

217. Deny the allegations of paragraph 217 of plaintiffs' Third Amended Complaint.

218. Deny the allegations of paragraph 218 of plaintiffs' Third Amended Complaint.

219. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 219 of plaintiffs' Third Amended Complaint.

220. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 220 of plaintiffs' Third Amended Complaint.

221. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 221 of plaintiffs' Third Amended Complaint.

222. Deny the allegations of paragraph 222 of plaintiffs' Third Amended Complaint.

223. Deny the allegations of paragraph 223 of plaintiffs' Third Amended Complaint.

224. Deny the allegations of paragraph 224 of plaintiffs' Third Amended Complaint.

225. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 225 of plaintiffs' Third Amended Complaint.

226. Deny the allegations of paragraph 226 of plaintiffs' Third Amended Complaint.

227. Aver that the governing documents speak for themselves. Deny the allegations of paragraph 227 of plaintiffs' Third Amended Complaint.

228. Aver that the governing documents speak for themselves. Deny the allegations of paragraph 228 of plaintiffs' Third Amended Complaint.

229. Aver that the governing documents speak for themselves. Deny the allegations of paragraph 229 of plaintiffs' Third Amended Complaint.

230. Deny the allegations of paragraph 230 of plaintiffs' Third Amended Complaint.

231. Deny the allegations of paragraph 231 of plaintiffs' Third Amended Complaint.

232. Deny the allegations of paragraph 232 of plaintiffs' Third Amended Complaint.

233. Deny the allegations of paragraph 233 of plaintiffs' Third Amended Complaint.

234. Deny the allegations of paragraph 234 of plaintiffs' Third Amended Complaint.

235. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 235 of plaintiffs' Third Amended Complaint.

236. Deny the allegations of paragraph 236 of plaintiffs' Third Amended Complaint.

237. Deny the allegations of paragraph 237 of plaintiffs' Third Amended Complaint.

238. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 238 of plaintiffs' Third Amended Complaint.

239. Deny the allegations of paragraph 239 of plaintiffs' Third Amended Complaint.

240. Admit the allegations of paragraph 240 of plaintiffs' Third Amended Complaint.

241. Admit the allegations of paragraph 241 of plaintiffs' Third Amended Complaint.

242. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 242 of plaintiffs' Third Amended Complaint.

243. Deny the allegations of paragraph 243 of plaintiffs' Third Amended Complaint.

244. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 244 of plaintiffs' Third Amended Complaint.

245. Admit that Poulsen had communications with Rothrock in various forms. Deny the remaining allegations of paragraph 245 of plaintiffs' Third Amended Complaint.

246. Deny the allegations of paragraph 246 of plaintiffs' Third Amended Complaint.

247. Deny the allegations of paragraph 247 of plaintiffs' Third Amended Complaint.

248. Deny the allegations of paragraph 248 of plaintiffs' Third Amended Complaint.

249. Deny the allegations of paragraph 249 of plaintiffs' Third Amended Complaint.

250. Deny the allegations of paragraph 250 of plaintiffs' Third Amended Complaint.

251. Deny the allegations of paragraph 251 of plaintiffs' Third Amended Complaint.

252. Deny the allegations of paragraph 252 of plaintiffs' Third Amended Complaint.

253. Deny the allegations of paragraph 253 of plaintiffs' Third Amended Complaint.

254. Deny the allegations of paragraph 254 of plaintiffs' Third Amended Complaint.

255. Admit that Bank One sent reports to the Servicer. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 255 of plaintiffs' Third Amended Complaint.

256. Admit that Bank One sent memoranda to the Servicer on many occasions. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 256 of plaintiffs' Third Amended Complaint.

257. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 257 of plaintiffs' Third Amended Complaint.

258. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 258 of plaintiffs' Third Amended Complaint.

259. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 259 of plaintiffs' Third Amended Complaint.

260. Deny the allegations of paragraph 260 of plaintiffs' Third Amended Complaint.

261. Deny the allegations of paragraph 261 of plaintiffs' Third Amended Complaint.

262. Aver that the governing documents speak for themselves. Deny the allegations of paragraph 262 of plaintiffs' Third Amended Complaint.

263. Deny the allegations of paragraph 263 of plaintiffs' Third Amended Complaint.

264. Deny the allegations of paragraph 264 of plaintiffs' Third Amended Complaint.

265. Deny the allegations of paragraph 265 of plaintiffs' Third Amended Complaint.

266. Deny the allegations of paragraph 266 of plaintiffs' Third Amended Complaint.

267. Deny the allegations of paragraph 267 of plaintiffs' Third Amended Complaint.

268. Deny the allegations of paragraph 268 of plaintiffs' Third Amended Complaint.

269. Deny the allegations of paragraph 269 of plaintiffs' Third Amended Complaint.

270. Deny the allegations of paragraph 270 of plaintiffs' Third Amended Complaint.

271. Deny the allegations of paragraph 271 of plaintiffs' Third Amended Complaint.

272. Deny the allegations of paragraph 272 of plaintiffs' Third Amended Complaint.

273. Deny the allegations of paragraph 273 of plaintiffs' Third Amended Complaint.

274. Deny the allegations of paragraph 274 of plaintiffs' Third Amended Complaint.

275. Deny the allegations of paragraph 275 of plaintiffs' Third Amended Complaint.

276. Deny the allegations of paragraph 276 of plaintiffs' Third Amended Complaint.

277. Deny the allegations of paragraph 277 of plaintiffs' Third Amended Complaint.

278. Deny the allegations of paragraph 278 of plaintiffs' Third Amended Complaint.

279. Deny the allegations of paragraph 279 of plaintiffs' Third Amended Complaint.

280. Deny the allegations of paragraph 280 of plaintiffs' Third Amended Complaint.

281. Deny the allegations of paragraph 281 of plaintiffs' Third Amended Complaint.

282. Deny the allegations of paragraph 282 of plaintiffs' Third Amended Complaint.

283. Deny the allegations of paragraph 283 of plaintiffs' Third Amended Complaint.

284. Deny the allegations of paragraph 284 of plaintiffs' Third Amended Complaint.

285. Deny the allegations of paragraph 285 of plaintiffs' Third Amended Complaint.

286. Deny the allegations of paragraph 286 of plaintiffs' Third Amended Complaint.

287. Deny the allegations of paragraph 287 of plaintiffs' Third Amended Complaint.

288. Deny the allegations of paragraph 288 of plaintiffs' Third Amended Complaint.

289. Deny the allegations of paragraph 289 of plaintiffs' Third Amended Complaint.

290. Deny the allegations of paragraph 290 of plaintiffs' Third Amended Complaint.

291. Deny the allegations of paragraph 291 of plaintiffs' Third Amended Complaint.

292. Deny the allegations of paragraph 292 of plaintiffs' Third Amended Complaint.

293. Deny the allegations of paragraph 293 of plaintiffs' Third Amended Complaint.

294. Deny the allegations of paragraph 294 of plaintiffs' Third Amended Complaint.

295. Deny the allegations of paragraph 295 of plaintiffs' Third Amended Complaint.

296. Deny the allegations of paragraph 296 of plaintiffs' Third Amended Complaint.

297. Deny the allegations of paragraph 297 of plaintiffs' Third Amended Complaint.

298. Deny the allegations of paragraph 298 of plaintiffs' Third Amended Complaint.

299. Deny the allegations of paragraph 299 of plaintiffs' Third Amended Complaint.

300. Deny the allegations of paragraph 300 of plaintiffs' Third Amended Complaint.

301. Deny the allegations of paragraph 301 of plaintiffs' Third Amended Complaint.

302. Deny the allegations of paragraph 302 of plaintiffs' Third Amended Complaint.

303. Deny the allegations of paragraph 303 of plaintiffs' Third Amended Complaint.

304. Deny the allegations of paragraph 304 of plaintiffs' Third Amended Complaint.

305. Deny the allegations of paragraph 305 of plaintiffs' Third Amended Complaint.

306. Deny the allegations of paragraph 306 of plaintiffs' Third Amended Complaint.

307. Deny the allegations of paragraph 307 of plaintiffs' Third Amended Complaint.

308. Deny the allegations of paragraph 308 of plaintiffs' Third Amended Complaint.

309. Deny the allegations of paragraph 309 of plaintiffs' Third Amended Complaint.

310. Deny the allegations of paragraph 310 of plaintiffs' Third Amended Complaint.

311. Deny the allegations of paragraph 311 of plaintiffs' Third Amended Complaint.

312. Deny the allegations of paragraph 312 of plaintiffs' Third Amended Complaint.

313. Deny the allegations of paragraph 313 of plaintiffs' Third Amended Complaint.

314. Deny the allegations of paragraph 314 of plaintiffs' Third Amended Complaint.

315. Deny the allegations of paragraph 315 of plaintiffs' Third Amended Complaint.

316. Deny the allegations of paragraph 316 of plaintiffs' Third Amended Complaint.

317. Deny the allegations of paragraph 317 of plaintiffs' Third Amended Complaint.

318. Deny the allegations of paragraph 318 of plaintiffs' Third Amended Complaint.

319. Deny the allegations of paragraph 319 of plaintiffs' Third Amended Complaint.

320. Deny the allegations of paragraph 320 of plaintiffs' Third Amended Complaint.

321. Deny the allegations of paragraph 321 of plaintiffs' Third Amended Complaint.

322. Deny the allegations of paragraph 322 of plaintiffs' Third Amended Complaint.

323. Deny the allegations of paragraph 323 of plaintiffs' Third Amended Complaint.

324. Deny the allegations of paragraph 324 of plaintiffs' Third Amended Complaint.

325. Deny the allegations of paragraph 325 of plaintiffs' Third Amended Complaint.

326. Deny the allegations of paragraph 326 of plaintiffs' Third Amended Complaint.

327. Deny the allegations of paragraph 327 of plaintiffs' Third Amended Complaint.

328. Deny the allegations of paragraph 328 of plaintiffs' Third Amended Complaint.

329. Deny the allegations of paragraph 329 of plaintiffs' Third Amended Complaint.

330. Deny the allegations of paragraph 330 of plaintiffs' Third Amended Complaint.

331. Deny the allegations of paragraph 331 of plaintiffs' Third Amended Complaint.

332. Deny the allegations of paragraph 332 of plaintiffs' Third Amended Complaint.

333. Deny the allegations of paragraph 333 of plaintiffs' Third Amended Complaint.

334. Deny the allegations of paragraph 334 of plaintiffs' Third Amended Complaint.

335. Deny the allegations of paragraph 335 of plaintiffs' Third Amended Complaint.

336. Deny the allegations of paragraph 336 of plaintiffs' Third Amended Complaint.

337. Deny the allegations of paragraph 337 of plaintiffs' Third Amended Complaint.

338. Deny the allegations of paragraph 338 of plaintiffs' Third Amended Complaint.

339. Deny the allegations of paragraph 339 of plaintiffs' Third Amended Complaint.

340. Deny the allegations of paragraph 340 of plaintiffs' Third Amended Complaint.

341. Deny the allegations of paragraph 341 of plaintiffs' Third Amended Complaint.

342. Deny the allegations of paragraph 342 of plaintiffs' Third Amended Complaint.

343. Deny the allegations of paragraph 343 of plaintiffs' Third Amended Complaint.

344. Deny the allegations of paragraph 344 of plaintiffs' Third Amended Complaint.

345. Deny the allegations of paragraph 345 of plaintiffs' Third Amended Complaint.

346. Admit that anonymous letters were sent to Duff & Phelps in or about mid-2000. Deny the remaining allegations of paragraph 346 of plaintiffs' Third Amended Complaint.

347. Deny the allegations of paragraph 347 of plaintiffs' Third Amended Complaint.

348. Deny the allegations of paragraph 348 of plaintiffs' Third Amended Complaint.

349. Deny the allegations of paragraph 349 of plaintiffs' Third Amended Complaint.

350. Deny the allegations of paragraph 350 of plaintiffs' Third Amended Complaint.

351. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 351 of plaintiffs' Third Amended Complaint.

352. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 352 of plaintiffs' Third Amended Complaint.

353. Deny the allegations of paragraph 353 of plaintiffs' Third Amended Complaint.

354. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 354 of plaintiffs' Third Amended Complaint.

355. Deny the allegations of paragraph 355 of plaintiffs' Third Amended Complaint.

356. Deny the allegations of paragraph 356 of plaintiffs' Third Amended Complaint.

357. Deny the allegations of paragraph 357 of plaintiffs' Third Amended Complaint.

358. Deny the allegations of paragraph 358 of plaintiffs' Third Amended Complaint.

359. Deny the allegations of paragraph 359 of plaintiffs' Third Amended Complaint.

360. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 360 of plaintiffs' Third Amended Complaint.

361. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 361 of plaintiffs' Third Amended Complaint.

362. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 362 of plaintiffs' Third Amended Complaint.

363. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 363 of plaintiffs' Third Amended Complaint.

364. Admit that Bank One earned fees from its administration of the NPF WL, NPF LP and other NPF programs. Deny the remaining allegations of paragraph 364 of plaintiffs' Third Amended Complaint.

365. Admit that Bank One earned fees for administering accounts for the Servicer. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 365 of plaintiffs' Third Amended Complaint.

366. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 366 of plaintiffs' Third Amended Complaint.

367. Deny the allegations of paragraph 367 of plaintiffs' Third Amended Complaint.

367A. Deny the allegations of paragraph 367A of plaintiffs' Third Amended Complaint.

367B. Deny the allegations of paragraph 367B of plaintiffs' Third Amended Complaint.

367C. Deny the allegations of paragraph 367C of plaintiffs' Third Amended Complaint.

367D. Deny the allegations of paragraph 367D of plaintiffs' Third Amended Complaint.

368. Admit that the Founders and NCFE performed securitizations that pre-dated the NPF VI and NPF XII Programs. Deny the remaining allegations of paragraph 368 of plaintiffs' Third Amended Complaint.

369. Admit that Bankers Trust served as the indenture trustee in some securitizations. Deny the remaining allegations of paragraph 369 of plaintiffs' Third Amended Complaint.

370. Admit the allegations of paragraph 370 of plaintiffs' Third Amended Complaint.

371. Deny the allegations of paragraph 371 of plaintiffs' Third Amended Complaint.

372. Deny the allegations of paragraph 372 of plaintiffs' Third Amended Complaint.

373. Deny the allegations of paragraph 373 of plaintiffs' Third Amended Complaint.

374. Deny the allegations of paragraph 374 of plaintiffs' Third Amended Complaint.

375. Deny the allegations of paragraph 375 of plaintiffs' Third Amended Complaint.

376. Deny the allegations of paragraph 376 of plaintiffs' Third Amended Complaint.

377. Admit the allegations of paragraph 377 of plaintiffs' Third Amended Complaint.

378. Deny the allegations of paragraph 378 of plaintiffs' Third Amended Complaint.

379. Admit that Barbara Poulsen served as a director of NCFE at various times. Deny the remaining allegations of paragraph 379 of plaintiffs' Third Amended Complaint.

380. Admit the allegations of paragraph 380 of plaintiffs' Third Amended Complaint.

381. Admit the allegations of paragraph 381 of plaintiffs' Third Amended Complaint.

382. Admit the allegations of paragraph 382 of plaintiffs' Third Amended Complaint.

383. Admit the allegations of paragraph 383 of plaintiffs' Third Amended Complaint.

384. Deny the allegations of paragraph 384 of plaintiffs' Third Amended Complaint.

385. Deny the allegations of paragraph 385 of plaintiffs' Third Amended Complaint.

385A. Deny the allegations of paragraph 385A of plaintiffs' Third Amended Complaint.

386. Deny the allegations of paragraph 386 of plaintiffs' Third Amended Complaint.

387. Deny the allegations of paragraph 387 of plaintiffs' Third Amended Complaint.

388. Deny the allegations of paragraph 388 of plaintiffs' Third Amended Complaint.

389. Deny the allegations of paragraph 389 of plaintiffs' Third Amended Complaint.

390. Deny the allegations of paragraph 390 of plaintiffs' Third Amended Complaint.

391. Deny the allegations of paragraph 391 of plaintiffs' Third Amended Complaint.

392. Deny the allegations of paragraph 392 of plaintiffs' Third Amended Complaint.

393. Deny the allegations of paragraph 393 of plaintiffs' Third Amended Complaint.

394. Deny the allegations of paragraph 394 of plaintiffs' Third Amended Complaint.

395. Deny the allegations of paragraph 395 of plaintiffs' Third Amended Complaint.

396. Deny the allegations of paragraph 396 of plaintiffs' Third Amended Complaint.

397. Deny the allegations of paragraph 397 of plaintiffs' Third Amended Complaint.

398. Admit the allegations of paragraph 398 of plaintiffs' Third Amended Complaint.

399. Admit the allegations of paragraph 399 of plaintiffs' Third Amended Complaint.

400. Deny the allegations of paragraph 400 of plaintiffs' Third Amended Complaint.

401. Deny the allegations of paragraph 401 of plaintiffs' Third Amended Complaint.

402. Deny the allegations of paragraph 402 of plaintiffs' Third Amended Complaint.

403. Incorporate by reference the responses to paragraphs 10 to 401 in response to paragraph 403 of plaintiffs' Third Amended Complaint.

404. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 404 of plaintiffs' Third Amended Complaint.

405. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 405 of plaintiffs' Third Amended Complaint.

406. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 406 of plaintiffs' Third Amended Complaint.

407. Deny the allegations of paragraph 407 of plaintiffs' Third Amended Complaint.

408. Deny the allegations of paragraph 408 of plaintiffs' Third Amended Complaint.

409. Deny the allegations of paragraph 409 of plaintiffs' Third Amended Complaint.

410. Deny the allegations of paragraph 410 of plaintiffs' Third Amended Complaint.

411. Deny the allegations of paragraph 411 of plaintiffs' Third Amended Complaint.

412. Deny the allegations of paragraph 412 of plaintiffs' Third Amended Complaint.

413. Deny the allegations of paragraph 413 of plaintiffs' Third Amended Complaint.

414. Deny the allegations of paragraph 414 of plaintiffs' Third Amended Complaint.

415. Deny the allegations of paragraph 415 of plaintiffs' Third Amended Complaint.

416. Deny the allegations of paragraph 416 of plaintiffs' Third Amended Complaint.

417. Deny the allegations of paragraph 417 of plaintiffs' Third Amended Complaint.

418. Deny the allegations of paragraph 418 of plaintiffs' Third Amended Complaint.

419. Deny the allegations of paragraph 419 of plaintiffs' Third Amended Complaint.

420. Deny the allegations of paragraph 420 of plaintiffs' Third Amended Complaint.

421. Deny the allegations of paragraph 421 of plaintiffs' Third Amended Complaint.

422. Deny the allegations of paragraph 422 of plaintiffs' Third Amended Complaint.

423. Deny the allegations of paragraph 423 of plaintiffs' Third Amended Complaint.

424. Deny the allegations of paragraph 424 of plaintiffs' Third Amended Complaint.

425. Deny the allegations of paragraph 425 of plaintiffs' Third Amended Complaint.

426. Deny the allegations of paragraph 426 of plaintiffs' Third Amended Complaint.

427. Deny the allegations of paragraph 427 of plaintiffs' Third Amended Complaint.

428. Deny the allegations of paragraph 428 of plaintiffs' Third Amended Complaint.

429. Deny the allegations of paragraph 429 of plaintiffs' Third Amended Complaint.

430. Deny the allegations of paragraph 430 of plaintiffs' Third Amended Complaint.

431. Incorporate by reference the responses to paragraphs 10 to 430 in response to paragraph 431 of plaintiffs' Third Amended Complaint.

432. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 432 of plaintiffs' Third Amended Complaint.

433. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 433 of plaintiffs' Third Amended Complaint.

434. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 434 of plaintiffs' Third Amended Complaint.

435. Deny the allegations of paragraph 435 of plaintiffs' Third Amended Complaint.

436. Deny the allegations of paragraph 436 of plaintiffs' Third Amended Complaint.

437. Deny the allegations of paragraph 437 of plaintiffs' Third Amended Complaint.

438. Deny the allegations of paragraph 438 of plaintiffs' Third Amended Complaint.

439. Deny the allegations of paragraph 439 of plaintiffs' Third Amended Complaint.

440. Deny the allegations of paragraph 440 of plaintiffs' Third Amended Complaint.

441. Deny the allegations of paragraph 441 of plaintiffs' Third Amended Complaint.

442. Deny the allegations of paragraph 442 of plaintiffs' Third Amended Complaint.

443. Deny the allegations of paragraph 443 of plaintiffs' Third Amended Complaint.

444. Deny the allegations of paragraph 444 of plaintiffs' Third Amended Complaint.

445. Deny the allegations of paragraph 445 of plaintiffs' Third Amended Complaint.

446. Incorporate by reference the responses to paragraphs 10 to 445 in response to paragraph 446 of plaintiffs' Third Amended Complaint.

447. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 447 of plaintiffs' Third Amended Complaint.

448. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 448 of plaintiffs' Third Amended Complaint.

449. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 449 of plaintiffs' Third Amended Complaint.

450. Deny the allegations of paragraph 450 of plaintiffs' Third Amended Complaint.

451. Deny the allegations of paragraph 451 of plaintiffs' Third Amended Complaint.

452. Deny the allegations of paragraph 452 of plaintiffs' Third Amended Complaint.

453. Deny the allegations of paragraph 453 of plaintiffs' Third Amended Complaint.

454. Deny the allegations of paragraph 454 of plaintiffs' Third Amended Complaint.

455. Deny the allegations of paragraph 455 of plaintiffs' Third Amended Complaint.

456. Deny the allegations of paragraph 456 of plaintiffs' Third Amended Complaint.

457. Deny the allegations of paragraph 457 of plaintiffs' Third Amended Complaint.

458. Deny the allegations of paragraph 458 of plaintiffs' Third Amended Complaint.

459. Deny the allegations of paragraph 459 of plaintiffs' Third Amended Complaint.

460. Deny the allegations of paragraph 460 of plaintiffs' Third Amended Complaint.

461. Deny the allegations of paragraph 461 of plaintiffs' Third Amended Complaint.

462. Deny the allegations of paragraph 462 of plaintiffs' Third Amended Complaint.

463. Deny the allegations of paragraph 463 of plaintiffs' Third Amended Complaint.

464. Deny the allegations of paragraph 464 of plaintiffs' Third Amended Complaint.

465. Deny the allegations of paragraph 465 of plaintiffs' Third Amended Complaint.

466. Deny the allegations of paragraph 466 of plaintiffs' Third Amended Complaint.

467. Deny the allegations of paragraph 467 of plaintiffs' Third Amended Complaint.

468. Deny the allegations of paragraph 468 of plaintiffs' Third Amended Complaint.

469. Deny the allegations of paragraph 469 of plaintiffs' Third Amended Complaint.

470. Deny the allegations of paragraph 470 of plaintiffs' Third Amended Complaint.

471. Deny the allegations of paragraph 471 of plaintiffs' Third Amended Complaint.

472. Deny the allegations of paragraph 472 of plaintiffs' Third Amended Complaint.

473. Deny the allegations of paragraph 473 of plaintiffs' Third Amended Complaint.

474. Deny the allegations of paragraph 474 of plaintiffs' Third Amended Complaint.

475. Incorporate by reference the responses to paragraphs 10 to 474 in response to paragraph 475 of plaintiffs' Third Amended Complaint.

476. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 476 of plaintiffs' Third Amended Complaint.

477. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 477 of plaintiffs' Third Amended Complaint.

478. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 478 of plaintiffs' Third Amended Complaint.

479. Deny the allegations of paragraph 479 of plaintiffs' Third Amended Complaint.

480. Deny the allegations of paragraph 480 of plaintiffs' Third Amended Complaint.

481. Deny the allegations of paragraph 481 of plaintiffs' Third Amended Complaint.

482. Deny the allegations of paragraph 482 of plaintiffs' Third Amended Complaint.

483. Deny the allegations of paragraph 483 of plaintiffs' Third Amended Complaint.

484. Deny the allegations of paragraph 484 of plaintiffs' Third Amended Complaint.

485. Deny the allegations of paragraph 485 of plaintiffs' Third Amended Complaint.

486. Deny the allegations of paragraph 486 of plaintiffs' Third Amended Complaint.

487. Deny the allegations of paragraph 487 of plaintiffs' Third Amended Complaint.

488. Deny the allegations of paragraph 488 of plaintiffs' Third Amended Complaint.

489. Deny the allegations of paragraph 489 of plaintiffs' Third Amended Complaint.

490. Incorporate by reference the responses to paragraphs 10 to 489 in response to paragraph 490 of plaintiffs' Third Amended Complaint.

491. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 491 of plaintiffs' Third Amended Complaint.

492. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 492 of plaintiffs' Third Amended Complaint.

493. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 493 of plaintiffs' Third Amended Complaint.

494. Deny the allegations of paragraph 494 of plaintiffs' Third Amended Complaint.

495. Deny the allegations of paragraph 495 of plaintiffs' Third Amended Complaint.

496. Deny the allegations of paragraph 496 of plaintiffs' Third Amended Complaint.

497. Deny the allegations of paragraph 497 of plaintiffs' Third Amended Complaint.

498. Deny the allegations of paragraph 498 of plaintiffs' Third Amended Complaint.

499. Deny the allegations of paragraph 499 of plaintiffs' Third Amended Complaint.

500. Deny the allegations of paragraph 500 of plaintiffs' Third Amended Complaint.

501. Deny the allegations of paragraph 501 of plaintiffs' Third Amended Complaint.

502. Deny the allegations of paragraph 502 of plaintiffs' Third Amended Complaint.

503. Deny the allegations of paragraph 503 of plaintiffs' Third Amended Complaint.

504. Deny the allegations of paragraph 504 of plaintiffs' Third Amended Complaint.

505. Deny the allegations of paragraph 505 of plaintiffs' Third Amended Complaint.

506. Deny the allegations of paragraph 506 of plaintiffs' Third Amended Complaint.

507. Deny the allegations of paragraph 507 of plaintiffs' Third Amended Complaint.

508. Deny the allegations of paragraph 508 of plaintiffs' Third Amended Complaint.

509. Deny the allegations of paragraph 509 of plaintiffs' Third Amended Complaint.

510. Deny the allegations of paragraph 510 of plaintiffs' Third Amended Complaint.

511. Deny the allegations of paragraph 511 of plaintiffs' Third Amended Complaint.

512. Deny the allegations of paragraph 512 of plaintiffs' Third Amended Complaint.

513. Deny the allegations of paragraph 513 of plaintiffs' Third Amended Complaint.

514. Deny the allegations of paragraph 514 of plaintiffs' Third Amended Complaint.

515. Deny the allegations of paragraph 515 of plaintiffs' Third Amended Complaint.

516. Deny the allegations of paragraph 516 of plaintiffs' Third Amended Complaint.

517. Deny the allegations of paragraph 517 of plaintiffs' Third Amended Complaint.

518. Deny the allegations of paragraph 518 of plaintiffs' Third Amended Complaint.

519. Deny the allegations of paragraph 519 of plaintiffs' Third Amended Complaint.

520. Incorporate by reference the responses to paragraphs 10 to 519 in response to paragraph 520 of plaintiffs' Third Amended Complaint.

521. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 521 of plaintiffs' Third Amended Complaint.

522. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 522 of plaintiffs' Third Amended Complaint.

523. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 523 of plaintiffs' Third Amended Complaint.

524. Deny the allegations of paragraph 524 of plaintiffs' Third Amended Complaint.

525. Deny the allegations of paragraph 525 of plaintiffs' Third Amended Complaint.

526. Deny the allegations of paragraph 526 of plaintiffs' Third Amended Complaint.

527. Deny the allegations of paragraph 527 of plaintiffs' Third Amended Complaint.

528. Deny the allegations of paragraph 528 of plaintiffs' Third Amended Complaint.

529. Deny the allegations of paragraph 529 of plaintiffs' Third Amended Complaint.

530. Deny the allegations of paragraph 530 of plaintiffs' Third Amended Complaint.

531. Deny the allegations of paragraph 531 of plaintiffs' Third Amended Complaint.

532. Incorporate by reference the responses to paragraphs 10 to 531 in response to paragraph 532 of plaintiffs' Third Amended Complaint.

533. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 533 of plaintiffs' Third Amended Complaint.

534. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 534 of plaintiffs' Third Amended Complaint.

535. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 535 of plaintiffs' Third Amended Complaint.

536. Deny the allegations of paragraph 536 of plaintiffs' Third Amended Complaint.

537. Deny the allegations of paragraph 537 of plaintiffs' Third Amended Complaint.

538. Deny the allegations of paragraph 538 of plaintiffs' Third Amended Complaint.

539. Deny the allegations of paragraph 539 of plaintiffs' Third Amended Complaint.

540. Deny the allegations of paragraph 540 of plaintiffs' Third Amended Complaint.

541. Deny the allegations of paragraph 541 of plaintiffs' Third Amended Complaint.

542. Deny the allegations of paragraph 542 of plaintiffs' Third Amended Complaint.

543. Deny the allegations of paragraph 543 of plaintiffs' Third Amended Complaint.

544. Deny the allegations of paragraph 544 of plaintiffs' Third Amended Complaint.

545. Deny the allegations of paragraph 545 of plaintiffs' Third Amended Complaint.

546. Deny the allegations of paragraph 546 of plaintiffs' Third Amended Complaint.

547. Deny the allegations of paragraph 547 of plaintiffs' Third Amended Complaint.

548. Deny the allegations of paragraph 548 of plaintiffs' Third Amended Complaint.

549. Deny the allegations of paragraph 549 of plaintiffs' Third Amended Complaint.

550. Deny the allegations of paragraph 550 of plaintiffs' Third Amended Complaint.

551. Deny the allegations of paragraph 551 of plaintiffs' Third Amended Complaint.

552. Deny the allegations of paragraph 552 of plaintiffs' Third Amended Complaint.

553. Deny the allegations of paragraph 553 of plaintiffs' Third Amended Complaint.

554. Deny the allegations of paragraph 554 of plaintiffs' Third Amended Complaint.

555. Deny the allegations of paragraph 555 of plaintiffs' Third Amended Complaint.

556. Deny the allegations of paragraph 556 of plaintiffs' Third Amended Complaint.

557. Deny the allegations of paragraph 557 of plaintiffs' Third Amended Complaint.

558. Deny the allegations of paragraph 558 of plaintiffs' Third Amended Complaint.

559. Deny the allegations of paragraph 559 of plaintiffs' Third Amended Complaint.

560. Deny the allegations of paragraph 560 of plaintiffs' Third Amended Complaint.

561. Deny the allegations of paragraph 561 of plaintiffs' Third Amended Complaint.

562. Deny the allegations of paragraph 562 of plaintiffs' Third Amended Complaint.

563. Incorporate by reference the responses to paragraphs 10 to 562 in response to paragraph 563 of plaintiffs' Third Amended Complaint.

564. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 564 of plaintiffs' Third Amended Complaint.

565. Deny the allegations of paragraph 565 of plaintiffs' Third Amended Complaint.

566. Deny the allegations of paragraph 566 of plaintiffs' Third Amended Complaint.

567. Deny the allegations of paragraph 567 of plaintiffs' Third Amended Complaint.

568. Deny the allegations of paragraph 568 of plaintiffs' Third Amended Complaint.

569. Deny the allegations of paragraph 569 of plaintiffs' Third Amended Complaint.

570. Deny the allegations of paragraph 570 of plaintiffs' Third Amended Complaint.

571. Deny the allegations of paragraph 571 of plaintiffs' Third Amended Complaint.

572. Deny the allegations of paragraph 572 of plaintiffs' Third Amended Complaint.

573. Deny the allegations of paragraph 573 of plaintiffs' Third Amended Complaint.

574. Deny the allegations of paragraph 574 of plaintiffs' Third Amended Complaint.

575. Incorporate by reference the responses to the other paragraphs of this Answer in response to paragraph 575 of plaintiffs' Third Amended Complaint.

576. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 576 of plaintiffs' Third Amended Complaint.

577. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 577 of plaintiffs' Third Amended Complaint.

578. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 578 of plaintiffs' Third Amended Complaint.

579. Aver that the governing documents speak for themselves. Deny the remaining allegations of paragraph 579 of plaintiffs' Third Amended Complaint.

580. Aver that the governing documents speak for themselves. Deny the allegations of paragraph 580 of plaintiffs' Third Amended Complaint.

581. Aver that the governing documents speak for themselves. Deny the allegations of paragraph 581 of plaintiffs' Third Amended Complaint.

582. Incorporate by reference the responses to the other paragraphs of this Answer in response to paragraph 582 of plaintiffs' Third Amended Complaint.

583. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 583 of plaintiffs' Third Amended Complaint.

584. Deny the allegations of paragraph 584 of plaintiffs' Third Amended Complaint.

585. Deny the allegations of paragraph 585 of plaintiffs' Third Amended Complaint.

585A. Deny the allegations of paragraph 585A of plaintiffs' Third Amended Complaint.

586. Deny the allegations of paragraph 586 of plaintiffs' Third Amended Complaint.

587. Deny the allegations of paragraph 587 of plaintiffs' Third Amended Complaint.

588. Deny the allegations of paragraph 588 of plaintiffs' Third Amended Complaint.

589. Deny the allegations of paragraph 589 of plaintiffs' Third Amended Complaint.

590. Deny the allegations of paragraph 590 of plaintiffs' Third Amended Complaint.

591. Deny the allegations of paragraph 591 of plaintiffs' Third Amended Complaint.

592. Deny the allegations of paragraph 592 of plaintiffs' Third Amended Complaint.

593. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 593 of plaintiffs' Third Amended Complaint.

594. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 594 of plaintiffs' Third Amended Complaint.

595. Deny the allegations of paragraph 595 of plaintiffs' Third Amended Complaint.

596. Deny the allegations of paragraph 596 of plaintiffs' Third Amended Complaint.

597. Deny the allegations of paragraph 597 of plaintiffs' Third Amended Complaint.

598. Deny the allegations of paragraph 598 of plaintiffs' Third Amended Complaint.

599. Deny the allegations of paragraph 599 of plaintiffs' Third Amended Complaint.

600. Deny the allegations of paragraph 600 of plaintiffs' Third Amended Complaint.

601. Deny the allegations of paragraph 601 of plaintiffs' Third Amended Complaint.

602. Deny the allegations of paragraph 602 of plaintiffs' Third Amended Complaint.

603. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 603 of plaintiffs' Third Amended Complaint.

604. The allegations of paragraph 604 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 604 of plaintiffs' Third Amended Complaint.

605. The allegations of paragraph 605 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 605 of plaintiffs' Third Amended Complaint.

606. The allegations of paragraph 606 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 606 of plaintiffs' Third Amended Complaint.

607. The allegations of paragraph 607 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 607 of plaintiffs' Third Amended Complaint.

608. The allegations of paragraph 608 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 608 of plaintiffs' Third Amended Complaint.

609. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 609 of plaintiffs' Third Amended Complaint.

610. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 610 of plaintiffs' Third Amended Complaint.

611. Deny the allegations of paragraph 611 of plaintiffs' Third Amended Complaint.

612. Deny the allegations of paragraph 612 of plaintiffs' Third Amended Complaint.

613. Deny the allegations of paragraph 613 of plaintiffs' Third Amended Complaint.

614. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 614 of plaintiffs' Third Amended Complaint.

615. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 615 of plaintiffs' Third Amended Complaint.

616. Deny the allegations of paragraph 616 of plaintiffs' Third Amended Complaint.

617. Deny the allegations of paragraph 617 of plaintiffs' Third Amended Complaint.

618. Deny the allegations of paragraph 618 of plaintiffs' Third Amended Complaint.

619. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 619 of plaintiffs' Third Amended Complaint.

620. Deny the remaining allegations of paragraph 620 of plaintiffs' Third Amended Complaint.

621. Deny the allegations of paragraph 621 of plaintiffs' Third Amended Complaint.

622. Deny the allegations of paragraph 622 of plaintiffs' Third Amended Complaint.

623. Deny the allegations of paragraph 623 of plaintiffs' Third Amended Complaint.

624. Deny the allegations of paragraph 624 of plaintiffs' Third Amended Complaint.

625. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 625 of plaintiffs' Third Amended Complaint.

626. The allegations of paragraph 626 pertain to another defendant(s). Deny the allegations of paragraph 626 of plaintiffs' Third Amended Complaint.

627. The allegations of paragraph 627 pertain to another defendant(s). Deny the allegations of paragraph 627 of plaintiffs' Third Amended Complaint.

628. The allegations of paragraph 628 pertain to another defendant(s). Deny the allegations of paragraph 628 of plaintiffs' Third Amended Complaint.

629. The allegations of paragraph 629 pertain to another defendant(s). Deny the allegations of paragraph 629 of plaintiffs' Third Amended Complaint.

630. The allegations of paragraph 630 pertain to another defendant(s). Deny the allegations of paragraph 630 of plaintiffs' Third Amended Complaint.

630A . Incorporate by reference the responses to paragraphs 1-762 of t in response to paragraph 630A of plaintiffs' Third Amended Complaint.

630B . Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 630B of plaintiffs' Third Amended Complaint.

630C . The allegations of paragraph 630C pertain to another defendant(s). Deny the allegations of paragraph 630C of plaintiffs' Third Amended Complaint.

630D . The allegations of paragraph 630D pertain to another defendant(s). Deny the allegations of paragraph 630D of plaintiffs' Third Amended Complaint.

630E . The allegations of paragraph 630E pertain to another defendant(s). Deny the allegations of paragraph 630E of plaintiffs' Third Amended Complaint.

630F . The allegations of paragraph 630F pertain to another defendant(s). Deny the allegations of paragraph 630F of plaintiffs' Third Amended Complaint.

630G . The allegations of paragraph 630G pertain to another defendant(s). Deny the allegations of paragraph 630G of plaintiffs' Third Amended Complaint.

630H . The allegations of paragraph 630H pertain to another defendant(s). Deny the allegations of paragraph 630H of plaintiffs' Third Amended Complaint.

630I . The allegations of paragraph 630I pertain to another defendant(s). Deny the allegations of paragraph 630I of plaintiffs' Third Amended Complaint.

630J. Incorporate by reference the responses to paragraphs 1-762 of this Answer in response to paragraph 630J of plaintiffs' Third Amended Complaint.

630K . Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 630K of plaintiffs' Third Amended Complaint.

630KK . The allegations of paragraph 630KK pertain to another defendant(s). Deny the allegations of paragraph 630KK of plaintiffs' Third Amended Complaint.

630L . The allegations of paragraph 630L pertain to another defendant(s). Deny the allegations of paragraph 630L of plaintiffs' Third Amended Complaint.

630M . The allegations of paragraph 630M pertain to another defendant(s). Deny the allegations of paragraph 630M of plaintiffs' Third Amended Complaint.

630N . The allegations of paragraph 630N pertain to another defendant(s). Deny the allegations of paragraph 630N of plaintiffs' Third Amended Complaint.

630O . Deny the allegations of paragraph 630O of plaintiffs' Third Amended Complaint.

630P . The allegations of paragraph 630P pertain to another defendant(s). Deny the allegations of paragraph 630P of plaintiffs' Third Amended Complaint.

630Q. Incorporate by reference the responses to paragraphs 1-762 of this Answer in response to paragraph 630Q of plaintiffs' Third Amended Complaint.

630R . The allegations of paragraph 630R pertain to another defendant(s). Deny the allegations of paragraph 630R of plaintiffs' Third Amended Complaint.

630S . The allegations of paragraph 630S pertain to another defendant(s). Deny the allegations of paragraph 630S of plaintiffs' Third Amended Complaint.

630T . The allegations of paragraph 630T pertain to another defendant(s). Deny the allegations of paragraph 630T of plaintiffs' Third Amended Complaint.

630U . The allegations of paragraph 630U pertain to another defendant(s). Deny the allegations of paragraph 630U of plaintiffs' Third Amended Complaint.

630V . The allegations of paragraph 630V pertain to another defendant(s). Deny the allegations of paragraph 630V of plaintiffs' Third Amended Complaint.

630W . Deny the allegations of paragraph 630W of plaintiffs' Third Amended Complaint.

630X . The allegations of paragraph 630X pertain to another defendant(s). Deny the allegations of paragraph 630X of plaintiffs' Third Amended Complaint.

630Y. Incorporate by reference the responses to paragraphs 1-762 of this Answer in response to paragraph 630Y of plaintiffs' Third Amended Complaint.

630Z . Deny the allegations of paragraph 630Z of plaintiffs' Third Amended Complaint.

630AA .The allegations of paragraph 630AA pertain to another defendant(s). Deny the allegations of paragraph 630AA of plaintiffs' Third Amended Complaint.

630BB . The allegations of paragraph 630BB pertain to another defendant(s). Deny the allegations of paragraph 630BB of plaintiffs' Third Amended Complaint.

630CC . The allegations of paragraph 630CC pertain to another defendant(s). Deny the allegations of paragraph 630CC of plaintiffs' Third Amended Complaint.

630DD .Deny the allegations of paragraph 630DD of plaintiffs' Third Amended Complaint.

630EE . The allegations of paragraph 630EE pertain to another defendant(s). Deny the allegations of paragraph 630EE of plaintiffs' Third Amended Complaint.

631. Deny the allegations of paragraph 631 of plaintiffs' Third Amended Complaint.

632. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 632 of plaintiffs' Third Amended Complaint.

633. Deny the allegations of paragraph 633 of plaintiffs' Third Amended Complaint.

634. Deny the allegations of paragraph 634 of plaintiffs' Third Amended Complaint.

635. Deny the allegations of paragraph 635 of plaintiffs' Third Amended Complaint.

636. Deny the allegations of paragraph 636 of plaintiffs' Third Amended Complaint.

637. Deny the allegations of paragraph 637 of plaintiffs' Third Amended Complaint.

638. Deny the allegations of paragraph 638 of plaintiffs' Third Amended Complaint.

639. Deny the allegations of paragraph 639 of plaintiffs' Third Amended Complaint.

640. Admit the allegations of paragraph 640 of plaintiffs' Third Amended Complaint.

641. Admit the allegations of paragraph 641 of plaintiffs' Third Amended Complaint.

642. Deny the allegations of paragraph 642 of plaintiffs' Third Amended Complaint.

643. Deny the allegations of paragraph 643 of plaintiffs' Third Amended Complaint.

644. Deny the allegations of paragraph 644 of plaintiffs' Third Amended Complaint.

645. Deny the allegations of paragraph 645 of plaintiffs' Third Amended Complaint.

646. Deny the allegations of paragraph 646 of plaintiffs' Third Amended Complaint.

647. Deny the allegations of paragraph 647 of plaintiffs' Third Amended Complaint.

648. Deny the allegations of paragraph 648 of plaintiffs' Third Amended Complaint.

649. Deny the allegations of paragraph 649 of plaintiffs' Third Amended Complaint.

650. Deny the allegations of paragraph 650 of plaintiffs' Third Amended Complaint.

651. Deny the allegations of paragraph 651 of plaintiffs' Third Amended Complaint.

652. Admit the allegations of paragraph 652 of plaintiffs' Third Amended Complaint.

653. Admit the allegations of paragraph 653 of plaintiffs' Third Amended Complaint.

654. Admit the allegations of paragraph 654 of plaintiffs' Third Amended Complaint.

655. Admit that the Poulsens received checks in the amount of $250,000 from IIA. Deny the remaining allegations of paragraph 655 of plaintiffs' Third Amended Complaint.

656. Deny the allegations of paragraph 656 of plaintiffs' Third Amended Complaint.

657. Deny the allegations of paragraph 657 of plaintiffs' Third Amended Complaint.

658. Deny the allegations of paragraph 658 of plaintiffs' Third Amended Complaint.

659. Deny the allegations of paragraph 659 of plaintiffs' Third Amended Complaint.

660. Deny the allegations of paragraph 660 of plaintiffs' Third Amended Complaint.

661. Deny the allegations of paragraph 661 of plaintiffs' Third Amended Complaint.

662. Deny the allegations of paragraph 662 of plaintiffs' Third Amended Complaint.

663. Deny the allegations of paragraph 663 of plaintiffs' Third Amended Complaint.

664. Deny the allegations of paragraph 664 of plaintiffs' Third Amended Complaint.

665. Deny the allegations of paragraph 665 of plaintiffs' Third Amended Complaint.

666. Deny the allegations of paragraph 666 of plaintiffs' Third Amended Complaint.

667. Deny the allegations of paragraph 667 of plaintiffs' Third Amended Complaint.

668. Deny the allegations of paragraph 668 of plaintiffs' Third Amended Complaint.

669. Deny the allegations of paragraph 669 of plaintiffs' Third Amended Complaint.

670. Deny the allegations of paragraph 670 of plaintiffs' Third Amended Complaint.

671. Deny the allegations of paragraph 671 of plaintiffs' Third Amended Complaint.

672. Deny the allegations of paragraph 672 of plaintiffs' Third Amended Complaint.

673. Deny the allegations of paragraph 673 of plaintiffs' Third Amended Complaint.

674. Deny the allegations of paragraph 674 of plaintiffs' Third Amended Complaint.

675. Deny the allegations of paragraph 675 of plaintiffs' Third Amended Complaint.

676. The allegations of paragraph 676 pertain to another defendant(s). Deny the allegations of paragraph 676 of plaintiffs' Third Amended Complaint.

677. The allegations of paragraph 677 pertain to another defendant(s). Deny the allegations of paragraph 677 of plaintiffs' Third Amended Complaint.

678. The allegations of paragraph 678 pertain to another defendant(s). Deny the allegations of paragraph 678 of plaintiffs' Third Amended Complaint.

679. The allegations of paragraph 679 pertain to another defendant(s). Deny the allegations of paragraph 679 of plaintiffs' Third Amended Complaint.

680. Deny the allegations of paragraph 680 of plaintiffs' Third Amended Complaint.

681. Deny the allegations of paragraph 681 of plaintiffs' Third Amended Complaint.

682. Deny the allegations of paragraph 682 of plaintiffs' Third Amended Complaint.

683. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 683 of plaintiffs' Third Amended Complaint.

684. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 684 of plaintiffs' Third Amended Complaint.

685. Deny the allegations of paragraph 685 of plaintiffs' Third Amended Complaint.

686. Deny the allegations of paragraph 686 of plaintiffs' Third Amended Complaint.

687. Deny the allegations of paragraph 687 of plaintiffs' Third Amended Complaint.

688. Deny the allegations of paragraph 688 of plaintiffs' Third Amended Complaint.

689. Deny the allegations of paragraph 689 of plaintiffs' Third Amended Complaint.

690. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 690 of plaintiffs' Third Amended Complaint.

691. Admit that they received shares of stock in E-Medsoft.com. Deny the remaining allegations of paragraph 691 of plaintiffs' Third Amended Complaint.

692. Deny the allegations of paragraph 692 of plaintiffs' Third Amended Complaint.

693. Deny the allegations of paragraph 693 of plaintiffs' Third Amended Complaint.

694. Deny the allegations of paragraph 694 of plaintiffs' Third Amended Complaint.

695. Deny the allegations of paragraph 695 of plaintiffs' Third Amended Complaint.

696. Deny the allegations of paragraph 696 of plaintiffs' Third Amended Complaint.

697. Deny the allegations of paragraph 697 of plaintiffs' Third Amended Complaint.

698. Deny the allegations of paragraph 698 of plaintiffs' Third Amended Complaint.

699. Deny the allegations of paragraph 699 of plaintiffs' Third Amended Complaint.

700. The allegations of paragraph 700 pertain to another defendant(s). Deny the allegations of paragraph 700 of plaintiffs' Third Amended Complaint.

701. Deny the allegations of paragraph 701 of plaintiffs' Third Amended Complaint.

702. Deny the allegations of paragraph 702 of plaintiffs' Third Amended Complaint.

703. Deny the allegations of paragraph 703 of plaintiffs' Third Amended Complaint.

704. Deny the allegations of paragraph 704 of plaintiffs' Third Amended Complaint.

705. Deny the allegations of paragraph 705 of plaintiffs' Third Amended Complaint.

706. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 706 of plaintiffs' Third Amended Complaint.

707. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 707 of plaintiffs' Third Amended Complaint.

708. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 708 of plaintiffs' Third Amended Complaint.

709. Deny the allegations of paragraph 709 of plaintiffs' Third Amended Complaint.

710. Deny the allegations of paragraph 710 of plaintiffs' Third Amended Complaint.

711. Deny the allegations of paragraph 711 of plaintiffs' Third Amended Complaint.

712. Deny the allegations of paragraph 712 of plaintiffs' Third Amended Complaint.

713. Deny the allegations of paragraph 713 of plaintiffs' Third Amended Complaint.

714. Deny the allegations of paragraph 714 of plaintiffs' Third Amended Complaint.

715. Deny the allegations of paragraph 715 of plaintiffs' Third Amended Complaint.

716. Deny the allegations of paragraph 716 of plaintiffs' Third Amended Complaint.

717. Deny the allegations of paragraph 717 of plaintiffs' Third Amended Complaint.

718. Deny the allegations of paragraph 718 of plaintiffs' Third Amended Complaint.

719. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 719 of plaintiffs' Third Amended Complaint.

720. The allegations of paragraph 720 pertain to another defendant(s). Deny the allegations of paragraph 720 of plaintiffs' Third Amended Complaint.

721. The allegations of paragraph 721 pertain to another defendant(s). Deny the allegations of paragraph 721 of plaintiffs' Third Amended Complaint.

722. The allegations of paragraph 722 pertain to another defendant(s). Deny the allegations of paragraph 722 of plaintiffs' Third Amended Complaint.

723. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 723 of plaintiffs' Third Amended Complaint.

724. The allegations of paragraph 724 pertain to another defendant(s). Deny the allegations of paragraph 724 of plaintiffs' Third Amended Complaint.

725. The allegations of paragraph 725 pertain to another defendant(s). Deny the allegations of paragraph 725 of plaintiffs' Third Amended Complaint.

726. The allegations of paragraph 726 pertain to another defendant(s). Deny the allegations of paragraph 726 of plaintiffs' Third Amended Complaint.

727. The allegations of paragraph 727 pertain to another defendant(s). Deny the allegations of paragraph 727 of plaintiffs' Third Amended Complaint.

728. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 728 of plaintiffs' Third Amended Complaint.

729. Deny the allegations of paragraph 729 of plaintiffs' Third Amended Complaint.

730. Deny the allegations of paragraph 730 of plaintiffs' Third Amended Complaint.

731. Deny the allegations of paragraph 731 of plaintiffs' Third Amended Complaint.

732. Deny the allegations of paragraph 732 of plaintiffs' Third Amended Complaint.

733. Deny the allegations of paragraph 733 of plaintiffs' Third Amended Complaint.

734. Deny the allegations of paragraph 734 of plaintiffs' Third Amended Complaint.

735. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 735 of plaintiffs' Third Amended Complaint.

736. Deny the allegations of paragraph 736 of plaintiffs' Third Amended Complaint.

737. Deny the allegations of paragraph 737 of plaintiffs' Third Amended Complaint.

738. Deny the allegations of paragraph 738 of plaintiffs' Third Amended Complaint.

739. Deny the allegations of paragraph 739 of plaintiffs' Third Amended Complaint.

740. Deny the allegations of paragraph 740 of plaintiffs' Third Amended Complaint.

741. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 741 of plaintiffs' Third Amended Complaint.

742. Deny the allegations of paragraph 742 of plaintiffs' Third Amended Complaint.

743. Deny the allegations of paragraph 743 of plaintiffs' Third Amended Complaint.

744. Deny the allegations of paragraph 744 of plaintiffs' Third Amended Complaint.

745 Incorporate by reference the responses to paragraphs 1 through 744 of this Answer in response to paragraph 745 of plaintiffs' Third Amended Complaint.

746. Deny the allegations of paragraph 746 of plaintiffs' Third Amended Complaint.

747. Deny the allegations of paragraph 747 of plaintiffs' Third Amended Complaint.

748. Deny the allegations of paragraph 748 of plaintiffs' Third Amended Complaint.

749. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 749 of plaintiffs' Third Amended Complaint.

750. Deny the allegations of paragraph 750 of plaintiffs' Third Amended Complaint.

751. Deny the allegations of paragraph 751 of plaintiffs' Third Amended Complaint.

752. Deny the allegations of paragraph 752 of plaintiffs' Third Amended Complaint.

753. Deny the allegations of paragraph 753 of plaintiffs' Third Amended Complaint.

754. Deny the allegations of paragraph 754 of plaintiffs' Third Amended Complaint.

755. Deny the allegations of paragraph 755 of plaintiffs' Third Amended Complaint.

756. Deny the allegations of paragraph 756 of plaintiffs' Third Amended Complaint.

757. Deny the allegations of paragraph 757 of plaintiffs' Third Amended Complaint.

758. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 758 of plaintiffs' Third Amended Complaint.

759. Deny the allegations of paragraph 759 of plaintiffs' Third Amended Complaint.

760. Deny the allegations of paragraph 760 of plaintiffs' Third Amended Complaint.

761. Deny the allegations of paragraph 761 of plaintiffs' Third Amended Complaint.

762. Deny the allegations of paragraph 762 of plaintiffs' Third Amended Complaint.

763. The allegations of paragraph 763 pertain to another defendant(s). Deny the allegations of paragraph 763 of plaintiffs' Third Amended Complaint.

764. The allegations of paragraph 764 pertain to another defendant(s). Deny the allegations of paragraph 764 of plaintiffs' Third Amended Complaint.

765. The allegations of paragraph 765 pertain to another defendant(s). Deny the allegations of paragraph 765 of plaintiffs' Third Amended Complaint.

766. The allegations of paragraph 766 pertain to another defendant(s). Deny the allegations of paragraph 766 of plaintiffs' Third Amended Complaint.

767. Deny the allegations of paragraph 767 of plaintiffs' Third Amended Complaint.

768. Admit that CSFB was a financial advisor to NCFE, NPF VI and NPF XII. Deny the remaining allegations of paragraph 768 of plaintiffs' Third Amended Complaint.

769. Admit that NPF VI and NPF XII were limited purpose corporations. Deny the remaining allegations of paragraph 769 of plaintiffs' Third Amended Complaint.

770. Deny the allegations of paragraph 770 of plaintiffs' Third Amended Complaint.

771. Deny the allegations of paragraph 771 of plaintiffs' Third Amended Complaint.

772. Deny the allegations of paragraph 772 of plaintiffs' Third Amended Complaint.

773. Deny the allegations of paragraph 773 of plaintiffs' Third Amended Complaint.

774. Deny the allegations of paragraph 774 of plaintiffs' Third Amended Complaint.

775. Deny the allegations of paragraph 775 of plaintiffs' Third Amended Complaint.

776. Deny the allegations of paragraph 776 of plaintiffs' Third Amended Complaint.

777. Deny the allegations of paragraph 777 of plaintiffs' Third Amended Complaint.

778. Deny the allegations of paragraph 778 of plaintiffs' Third Amended Complaint.

779. Deny the allegations of paragraph 779 of plaintiffs' Third Amended Complaint.

780. Deny the allegations of paragraph 780 of plaintiffs' Third Amended Complaint.

781. Deny the allegations of paragraph 781 of plaintiffs' Third Amended Complaint.

782. Deny the allegations of paragraph 782 of plaintiffs' Third Amended Complaint.

783. Deny the allegations of paragraph 783 of plaintiffs' Third Amended Complaint.

784. Deny the allegations of paragraph 784 of plaintiffs' Third Amended Complaint.

785. Deny the allegations of paragraph 785 of plaintiffs' Third Amended Complaint.

786. Deny the allegations of paragraph 786 of plaintiffs' Third Amended Complaint.

787. Deny the allegations of paragraph 787 of plaintiffs' Third Amended Complaint.

788. Deny the allegations of paragraph 788 of plaintiffs' Third Amended Complaint.

789. Deny the allegations of paragraph 789 of plaintiffs' Third Amended Complaint.

790. Deny the allegations of paragraph 790 of plaintiffs' Third Amended Complaint.

791. Deny the allegations of paragraph 791 of plaintiffs' Third Amended Complaint.

792. Deny the allegations of paragraph 792 of plaintiffs' Third Amended Complaint.

793. Deny the allegations of paragraph 793 of plaintiffs' Third Amended Complaint.

794. Deny the allegations of paragraph 794 of plaintiffs' Third Amended Complaint.

795. Deny the allegations of paragraph 795 of plaintiffs' Third Amended Complaint.

796. Deny the allegations of paragraph 796 of plaintiffs' Third Amended Complaint.

797. Deny the allegations of paragraph 797 of plaintiffs' Third Amended Complaint.

798. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 798 of plaintiffs' Third Amended Complaint.

799. Deny the allegations of paragraph 799 of plaintiffs' Third Amended Complaint.

800. Deny the allegations of paragraph 800 of plaintiffs' Third Amended Complaint.

801. Deny the allegations of paragraph 801 of plaintiffs' Third Amended Complaint.

802. Deny the allegations of paragraph 802 of plaintiffs' Third Amended Complaint.

803. Deny the allegations of paragraph 803 of plaintiffs' Third Amended Complaint.

804. Deny the allegations of paragraph 804 of plaintiffs' Third Amended Complaint.

805. Deny the allegations of paragraph 805 of plaintiffs' Third Amended Complaint.

806. Deny the allegations of paragraph 806 of plaintiffs' Third Amended Complaint.

807. Deny the allegations of paragraph 807 of plaintiffs' Third Amended Complaint.

808. Deny the allegations of paragraph 808 of plaintiffs' Third Amended Complaint.

809. Deny the allegations of paragraph 809 of plaintiffs' Third Amended Complaint.

810. Deny the allegations of paragraph 810 of plaintiffs' Third Amended Complaint.

811. Deny the allegations of paragraph 811 of plaintiffs' Third Amended Complaint.

812. Deny the allegations of paragraph 812 of plaintiffs' Third Amended Complaint.

813. Deny the allegations of paragraph 813 of plaintiffs' Third Amended Complaint.

814. Deny the allegations of paragraph 814 of plaintiffs' Third Amended Complaint.

815. Deny the allegations of paragraph 815 of plaintiffs' Third Amended Complaint.

816. Deny the allegations of paragraph 816 of plaintiffs' Third Amended Complaint.

817. Deny the allegations of paragraph 817 of plaintiffs' Third Amended Complaint.

818. Deny the allegations of paragraph 818 of plaintiffs' Third Amended Complaint.

819. Deny the allegations of paragraph 819 of plaintiffs' Third Amended Complaint.

820. Deny the allegations of paragraph 820 of plaintiffs' Third Amended Complaint.

821. Deny the allegations of paragraph 821 of plaintiffs' Third Amended Complaint.

822. Deny the allegations of paragraph 822 of plaintiffs' Third Amended Complaint.

823. Deny the allegations of paragraph 823 of plaintiffs' Third Amended Complaint.

824. Deny the allegations of paragraph 824 of plaintiffs' Third Amended Complaint.

825. Deny the allegations of paragraph 825 of plaintiffs' Third Amended Complaint.

826. Admit that GMAC was contacted. Deny the remaining allegations of paragraph 826 of plaintiffs' Third Amended Complaint.

827. Deny the allegations of paragraph 827 of plaintiffs' Third Amended Complaint.

828. Deny the allegations of paragraph 828 of plaintiffs' Third Amended Complaint.

829. Deny the allegations of paragraph 829 of plaintiffs' Third Amended Complaint.

830. Deny the allegations of paragraph 830 of plaintiffs' Third Amended Complaint.

831. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 831 of plaintiffs' Third Amended Complaint.

832. Deny the allegations of paragraph 832 of plaintiffs' Third Amended Complaint.

833. Deny the allegations of paragraph 833 of plaintiffs' Third Amended Complaint.

834. Deny the allegations of paragraph 834 of plaintiffs' Third Amended Complaint.

835. Deny the allegations of paragraph 835 of plaintiffs' Third Amended Complaint.

836. Deny the allegations of paragraph 836 of plaintiffs' Third Amended Complaint.

837. Deny the allegations of paragraph 837 of plaintiffs' Third Amended Complaint.

838. Deny the allegations of paragraph 838 of plaintiffs' Third Amended Complaint.

839. Deny the allegations of paragraph 839 of plaintiffs' Third Amended Complaint.

840. Deny the allegations of paragraph 840 of plaintiffs' Third Amended Complaint.

841. Deny the allegations of paragraph 841 of plaintiffs' Third Amended Complaint.

842. Incorporate by reference the responses to paragraphs 763 to 841 in response to paragraph 842 of plaintiffs' Third Amended Complaint.

843. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 843 of plaintiffs' Third Amended Complaint.

844. Deny the allegations of paragraph 844 of plaintiffs' Third Amended Complaint.

845. Deny the allegations of paragraph 845 of plaintiffs' Third Amended Complaint.

846. Deny the allegations of paragraph 846 of plaintiffs' Third Amended Complaint.

847. Deny the allegations of paragraph 847 of plaintiffs' Third Amended Complaint.

848. Deny the allegations of paragraph 848 of plaintiffs' Third Amended Complaint.

849. Deny the allegations of paragraph 849 of plaintiffs' Third Amended Complaint.

850. Deny the allegations of paragraph 850 of plaintiffs' Third Amended Complaint.

851. Deny the allegations of paragraph 851 of plaintiffs' Third Amended Complaint.

852. Deny the allegations of paragraph 852 of plaintiffs' Third Amended Complaint.

853. Deny the allegations of paragraph 853 of plaintiffs' Third Amended Complaint.

854. Deny the allegations of paragraph 854 of plaintiffs' Third Amended Complaint.

855. Deny the allegations of paragraph 855 of plaintiffs' Third Amended Complaint.

856. Deny the allegations of paragraph 856 of plaintiffs' Third Amended Complaint.

857. Deny the allegations of paragraph 857 of plaintiffs' Third Amended Complaint.

858. Deny the allegations of paragraph 858 of plaintiffs' Third Amended Complaint.

859. Deny the allegations of paragraph 859 of plaintiffs' Third Amended Complaint.

860. Deny the allegations of paragraph 860 of plaintiffs' Third Amended Complaint.

861. Deny the allegations of paragraph 861 of plaintiffs' Third Amended Complaint.

862. Deny the allegations of paragraph 862 of plaintiffs' Third Amended Complaint.

863. Deny the allegations of paragraph 863 of plaintiffs' Third Amended Complaint.

864. Deny the allegations of paragraph 864 of plaintiffs' Third Amended Complaint.

865. Deny the allegations of paragraph 865 of plaintiffs' Third Amended Complaint.

866. Deny the allegations of paragraph 866 of plaintiffs' Third Amended Complaint.

867. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 867 of plaintiffs' Third Amended Complaint.

868. The allegations of paragraph 868 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 868 of plaintiffs' Third Amended Complaint.

869. The allegations of paragraph 869 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 869 of plaintiffs' Third Amended Complaint.

870. The allegations of paragraph 870 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 870 of plaintiffs' Third Amended Complaint.

871. The allegations of paragraph 871 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 871 of plaintiffs' Third Amended Complaint.

872. The allegations of paragraph 872 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 872 of plaintiffs' Third Amended Complaint.

873. The allegations of paragraph 873 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 873 of plaintiffs' Third Amended Complaint.

874. The allegations of paragraph 874 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 874 of plaintiffs' Third Amended Complaint.

875. The allegations of paragraph 875 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 875 of plaintiffs' Third Amended Complaint.

876. The allegations of paragraph 876 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 876 of plaintiffs' Third Amended Complaint.

877. The allegations of paragraph 877 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 877 of plaintiffs' Third Amended Complaint.

878. The allegations of paragraph 878 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 878 of plaintiffs' Third Amended Complaint.

879. The allegations of paragraph 879 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 879 of plaintiffs' Third Amended Complaint.

880. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 880 of plaintiffs' Third Amended Complaint.

882. The allegations of paragraph 882 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 882 of plaintiffs' Third Amended Complaint.

883. The allegations of paragraph 883 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 883 of plaintiffs' Third Amended Complaint.

884. The allegations of paragraph 884 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 884 of plaintiffs' Third Amended Complaint.

885. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 885 of plaintiffs' Third Amended Complaint.

886. The allegations of paragraph 886 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 886 of plaintiffs' Third Amended Complaint.

887. The allegations of paragraph 887 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 887 of plaintiffs' Third Amended Complaint.

888. The allegations of paragraph 888 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 888 of plaintiffs' Third Amended Complaint.

889. The allegations of paragraph 889 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 889 of plaintiffs' Third Amended Complaint.

890. The allegations of paragraph 890 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 890 of plaintiffs' Third Amended Complaint.

891. The allegations of paragraph 891 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 891 of plaintiffs' Third Amended Complaint.

892. The allegations of paragraph 892 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 892 of plaintiffs' Third Amended Complaint.

893. The allegations of paragraph 893 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 893 of plaintiffs' Third Amended Complaint.

894. The allegations of paragraph 894 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 894 of plaintiffs' Third Amended Complaint.

895. The allegations of paragraph 895 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 895 of plaintiffs' Third Amended Complaint.

896. The allegations of paragraph 896 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 896 of plaintiffs' Third Amended Complaint.

897. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 897 of plaintiffs' Third Amended Complaint.

898. The allegations of paragraph 898 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 898 of plaintiffs' Third Amended Complaint.

899. The allegations of paragraph 899 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 899 of plaintiffs' Third Amended Complaint.

900. The allegations of paragraph 900 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 900 of plaintiffs' Third Amended Complaint.

901. The allegations of paragraph 901 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 901 of plaintiffs' Third Amended Complaint.

902. The allegations of paragraph 902 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 902 of plaintiffs' Third Amended Complaint.

903. The allegations of paragraph 903 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 903 of plaintiffs' Third Amended Complaint.

904. The allegations of paragraph 904 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 904 of plaintiffs' Third Amended Complaint.

905. The allegations of paragraph 905 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 905 of plaintiffs' Third Amended Complaint.

906. The allegations of paragraph 906 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 906 of plaintiffs' Third Amended Complaint.

907. The allegations of paragraph 907 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 907 of plaintiffs' Third Amended Complaint.

908. The allegations of paragraph 908 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 908 of plaintiffs' Third Amended Complaint.

909. The allegations of paragraph 909 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 909 of plaintiffs' Third Amended Complaint.

910. The allegations of paragraph 910 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 910 of plaintiffs' Third Amended Complaint.

911. The allegations of paragraph 911 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 911 of plaintiffs' Third Amended Complaint.

912. The allegations of paragraph 912 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 912 of plaintiffs' Third Amended Complaint.

913. The allegations of paragraph 913 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 913 of plaintiffs' Third Amended Complaint.

914. The allegations of paragraph 914 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 914 of plaintiffs' Third Amended Complaint.

915. The allegations of paragraph 915 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 915 of plaintiffs' Third Amended Complaint.

916. The allegations of paragraph 916 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 916 of plaintiffs' Third Amended Complaint.

917. The allegations of paragraph 917 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 917 of plaintiffs' Third Amended Complaint.

918. The allegations of paragraph 918 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 918 of plaintiffs' Third Amended Complaint.

919. The allegations of paragraph 919 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 919 of plaintiffs' Third Amended Complaint.

920. The allegations of paragraph 920 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 920 of plaintiffs' Third Amended Complaint.

921. The allegations of paragraph 921 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 921 of plaintiffs' Third Amended Complaint.

922. The allegations of paragraph 922 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 922 of plaintiffs' Third Amended Complaint.

923. The allegations of paragraph 923 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 923 of plaintiffs' Third Amended Complaint.

924. The allegations of paragraph 924 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 924 of plaintiffs' Third Amended Complaint.

925. The allegations of paragraph 925 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 925 of plaintiffs' Third Amended Complaint.

926. The allegations of paragraph 926 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 926 of plaintiffs' Third Amended Complaint.

927. The allegations of paragraph 927 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 927 of plaintiffs' Third Amended Complaint.

928. The allegations of paragraph 928 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 928 of plaintiffs' Third Amended Complaint.

929. The allegations of paragraph 929 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 929 of plaintiffs' Third Amended Complaint.

930. The allegations of paragraph 930 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 930 of plaintiffs' Third Amended Complaint.

931. The allegations of paragraph 931 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 931 of plaintiffs' Third Amended Complaint.

932. The allegations of paragraph 932 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 932 of plaintiffs' Third Amended Complaint.

933. The allegations of paragraph 933 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 933 of plaintiffs' Third Amended Complaint.

934. The allegations of paragraph 934 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 934 of plaintiffs' Third Amended Complaint.

935. The allegations of paragraph 935 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 935 of plaintiffs' Third Amended Complaint.

936. The allegations of paragraph 936 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 936 of plaintiffs' Third Amended Complaint.

937. The allegations of paragraph 937 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 937 of plaintiffs' Third Amended Complaint.

938. The allegations of paragraph 938 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 938 of plaintiffs' Third Amended Complaint.

939. The allegations of paragraph 939 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 939 of plaintiffs' Third Amended Complaint.

940. The allegations of paragraph 940 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 940 of plaintiffs' Third Amended Complaint.

941. The allegations of paragraph 941 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 941 of plaintiffs' Third Amended Complaint.

942. The allegations of paragraph 942 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 942 of plaintiffs' Third Amended Complaint.

943. The allegations of paragraph 943 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 943 of plaintiffs' Third Amended Complaint.

944. The allegations of paragraph 944 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 944 of plaintiffs' Third Amended Complaint.

945. The allegations of paragraph 945 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 945 of plaintiffs' Third Amended Complaint.

946. The allegations of paragraph 946 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 946 of plaintiffs' Third Amended Complaint.

947. The allegations of paragraph 947 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 947 of plaintiffs' Third Amended Complaint.

948. The allegations of paragraph 948 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 948 of plaintiffs' Third Amended Complaint.

949. The allegations of paragraph 949 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 949 of plaintiffs' Third Amended Complaint.

950. The allegations of paragraph 950 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 950 of plaintiffs' Third Amended Complaint.

951. The allegations of paragraph 951 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 951 of plaintiffs' Third Amended Complaint.

952. The allegations of paragraph 952 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 952 of plaintiffs' Third Amended Complaint.

953. The allegations of paragraph 953 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 953 of plaintiffs' Third Amended Complaint.

954. The allegations of paragraph 954 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 954 of plaintiffs' Third Amended Complaint.

955. The allegations of paragraph 955 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 955 of plaintiffs' Third Amended Complaint.

956. The allegations of paragraph 956 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 956 of plaintiffs' Third Amended Complaint.

957. The allegations of paragraph 957 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 957 of plaintiffs' Third Amended Complaint.

958. The allegations of paragraph 958 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 958 of plaintiffs' Third Amended Complaint.

959. The allegations of paragraph 959 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 959 of plaintiffs' Third Amended Complaint.

960. The allegations of paragraph 960 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 960 of plaintiffs' Third Amended Complaint.

961. The allegations of paragraph 961 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 961 of plaintiffs' Third Amended Complaint.

962. The allegations of paragraph 962 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 962 of plaintiffs' Third Amended Complaint.

963. The allegations of paragraph 963 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 963 of plaintiffs' Third Amended Complaint.

964. The allegations of paragraph 964 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 964 of plaintiffs' Third Amended Complaint.

965. The allegations of paragraph 965 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 965 of plaintiffs' Third Amended Complaint.

966. The allegations of paragraph 966 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 966 of plaintiffs' Third Amended Complaint.

967. The allegations of paragraph 967 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 967 of plaintiffs' Third Amended Complaint.

968. The allegations of paragraph 968 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 968 of plaintiffs' Third Amended Complaint.

969. The allegations of paragraph 969 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 969 of plaintiffs' Third Amended Complaint.

970. The allegations of paragraph 970 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 970 of plaintiffs' Third Amended Complaint.

971. The allegations of paragraph 971 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 971 of plaintiffs' Third Amended Complaint.

972. The allegations of paragraph 972 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 972 of plaintiffs' Third Amended Complaint.

973. The allegations of paragraph 973 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 973 of plaintiffs' Third Amended Complaint.

974. The allegations of paragraph 974 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 974 of plaintiffs' Third Amended Complaint.

975. The allegations of paragraph 975 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 975 of plaintiffs' Third Amended Complaint.

976. The allegations of paragraph 976 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 976 of plaintiffs' Third Amended Complaint.

977. The allegations of paragraph 977 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 977 of plaintiffs' Third Amended Complaint.

977A . The allegations of paragraph 977A pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 977A of plaintiffs' Third Amended Complaint.

977B . The allegations of paragraph 977B pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 977B of plaintiffs' Third Amended Complaint.

977C . The allegations of paragraph 977C pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 977C of plaintiffs' Third Amended Complaint.

977D . The allegations of paragraph 977D pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 977D of plaintiffs' Third Amended Complaint.

977E . The allegations of paragraph 977E pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 977E of plaintiffs' Third Amended Complaint.

977F . The allegations of paragraph 977F pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 977F of plaintiffs' Third Amended Complaint.

977G . The allegations of paragraph 977G pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 977G of plaintiffs' Third Amended Complaint.

978. The allegations of paragraph 978 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 978 of plaintiffs' Third Amended Complaint.

979. The allegations of paragraph 979 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 979 of plaintiffs' Third Amended Complaint.

980. The allegations of paragraph 980 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 980 of plaintiffs' Third Amended Complaint.

981. The allegations of paragraph 981 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 981 of plaintiffs' Third Amended Complaint.

982. The allegations of paragraph 982 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 982 of plaintiffs' Third Amended Complaint.

983. The allegations of paragraph 983 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 983 of plaintiffs' Third Amended Complaint.

983A . The allegations of paragraph 983A pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 983A of plaintiffs' Third Amended Complaint.

984. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 984 of plaintiffs' Third Amended Complaint.

985. The allegations of paragraph 985 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 985 of plaintiffs' Third Amended Complaint.

986. The allegations of paragraph 986 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 986 of plaintiffs' Third Amended Complaint.

987. The allegations of paragraph 987 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 987 of plaintiffs' Third Amended Complaint.

988. The allegations of paragraph 988 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 988 of plaintiffs' Third Amended Complaint.

989. The allegations of paragraph 989 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 989 of plaintiffs' Third Amended Complaint.

990. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 990 of plaintiffs' Third Amended Complaint.

991. The allegations of paragraph 991 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 991 of plaintiffs' Third Amended Complaint.

992. The allegations of paragraph 992 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 992 of plaintiffs' Third Amended Complaint.

993. The allegations of paragraph 993 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 993 of plaintiffs' Third Amended Complaint.

994. The allegations of paragraph 994 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 994 of plaintiffs' Third Amended Complaint.

995. The allegations of paragraph 995 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 995 of plaintiffs' Third Amended Complaint.

996. The allegations of paragraph 996 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 996 of plaintiffs' Third Amended Complaint.

997. The allegations of paragraph 997 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 997 of plaintiffs' Third Amended Complaint.

998. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 998 of plaintiffs' Third Amended Complaint.

999. The allegations of paragraph 999 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 999 of plaintiffs' Third Amended Complaint.

1000. The allegations of paragraph 1000 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1000 of plaintiffs' Third Amended Complaint.

1001. The allegations of paragraph 1001 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1001 of plaintiffs' Third Amended Complaint.

1002. The allegations of paragraph 1002 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1002 of plaintiffs' Third Amended Complaint.

1003. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 1003 of plaintiffs' Third Amended Complaint.

1004. The allegations of paragraph 1004 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1004 of plaintiffs' Third Amended Complaint.

1005. The allegations of paragraph 1005 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1005 of plaintiffs' Third Amended Complaint.

1006. The allegations of paragraph 1006 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1006 of plaintiffs' Third Amended Complaint.

1007. The allegations of paragraph 1007 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1007 of plaintiffs' Third Amended Complaint.

1008. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 1008 of plaintiffs' Third Amended Complaint.

1009. The allegations of paragraph 1009 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1009 of plaintiffs' Third Amended Complaint.

1010. The allegations of paragraph 1010 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1010 of plaintiffs' Third Amended Complaint.

1011. The allegations of paragraph 1011 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1011 of plaintiffs' Third Amended Complaint.

1012. The allegations of paragraph 1012 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1012 of plaintiffs' Third Amended Complaint.

1013. Incorporate by reference the responses to each of the preceding paragraphs of this Answer in response to paragraph 1013 of plaintiffs' Third Amended Complaint.

1014. The allegations of paragraph 1014 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1014 of plaintiffs' Third Amended Complaint.

1015. The allegations of paragraph 1015 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1015 of plaintiffs' Third Amended Complaint.

1016. The allegations of paragraph 1016 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1016 of plaintiffs' Third Amended Complaint.

1017. The allegations of paragraph 1017 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1017 of plaintiffs' Third Amended Complaint.

1018. The allegations of paragraph 1018 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1018 of plaintiffs' Third Amended Complaint.

1019. The allegations of paragraph 1019 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1019 of plaintiffs' Third Amended Complaint.

1020. The allegations of paragraph 1020 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1020 of plaintiffs' Third Amended Complaint.

1021. The allegations of paragraph 1021 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1021 of plaintiffs' Third Amended Complaint.

1022. The allegations of paragraph 1022 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1022 of plaintiffs' Third Amended Complaint.

1022A . The allegations of paragraph 1022A pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1022A of plaintiffs' Third Amended Complaint.

1023. The allegations of paragraph 1023 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1023 of plaintiffs' Third Amended Complaint.

1023A . The allegations of paragraph 1023A pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1023A of plaintiffs' Third Amended Complaint.

1024. The allegations of paragraph 1024 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1024 of plaintiffs' Third Amended Complaint.

1025. The allegations of paragraph 1025 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1025 of plaintiffs' Third Amended Complaint.

1025A . The allegations of paragraph 1025A pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1025A of plaintiffs' Third Amended Complaint.

1026. The allegations of paragraph 1026 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1026 of plaintiffs' Third Amended Complaint.

1027. The allegations of paragraph 1027 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1027 of plaintiffs' Third Amended Complaint.

1028. The allegations of paragraph 1028 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1028 of plaintiffs' Third Amended Complaint.

1029. The allegations of paragraph 1029 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1029 of plaintiffs' Third Amended Complaint.

1030. The allegations of paragraph 1030 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1030 of plaintiffs' Third Amended Complaint.

1031. The allegations of paragraph 1031 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1031 of plaintiffs' Third Amended Complaint.

1032 Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1032 of plaintiffs' Third Amended Complaint.

1033. The allegations of paragraph 1033 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1033 of plaintiffs' Third Amended Complaint.

1034. The allegations of paragraph 1034 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1034 of plaintiffs' Third Amended Complaint.

1035. The allegations of paragraph 1035 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1035 of plaintiffs' Third Amended Complaint.

1036 Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1036 of plaintiffs' Third Amended Complaint.

1037. The allegations of paragraph 1037 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1037 of plaintiffs' Third Amended Complaint.

1038. The allegations of paragraph 1038 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1038 of plaintiffs' Third Amended Complaint.

1039. The allegations of paragraph 1039 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1039 of plaintiffs' Third Amended Complaint.

1040. The allegations of paragraph 1040 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1040 of plaintiffs' Third Amended Complaint.

1041. The allegations of paragraph 1041 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1041 of plaintiffs' Third Amended Complaint.

1042. The allegations of paragraph 1042 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1042 of plaintiffs' Third Amended Complaint.

1043. The allegations of paragraph 1043 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1043 of plaintiffs' Third Amended Complaint.

1044. The allegations of paragraph 1044 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1044 of plaintiffs' Third Amended Complaint.

1045. The allegations of paragraph 1045 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1045 of plaintiffs' Third Amended Complaint.

1046 Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1046 of plaintiffs' Third Amended Complaint.

1047. The allegations of paragraph 1047 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1047 of plaintiffs' Third Amended Complaint.

1048. The allegations of paragraph 1048 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1048 of plaintiffs' Third Amended Complaint.

1049. The allegations of paragraph 1049 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1049 of plaintiffs' Third Amended Complaint.

1050 Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1050 of plaintiffs' Third Amended Complaint.

1051. The allegations of paragraph 1051 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1051 of plaintiffs' Third Amended Complaint.

1052. The allegations of paragraph 1052 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1052 of plaintiffs' Third Amended Complaint.

1053. The allegations of paragraph 1053 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1053 of plaintiffs' Third Amended Complaint.

1054. The allegations of paragraph 1054 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1054 of plaintiffs' Third Amended Complaint.

1055. The allegations of paragraph 1055 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1055 of plaintiffs' Third Amended Complaint.

1056. The allegations of paragraph 1056 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1056 of plaintiffs' Third Amended Complaint.

1057. The allegations of paragraph 1057 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1057 of plaintiffs' Third Amended Complaint.

1058. The allegations of paragraph 1058 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1058 of plaintiffs' Third Amended Complaint.

1059. The allegations of paragraph 1059 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1059 of plaintiffs' Third Amended Complaint.

1060 Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1060 of plaintiffs' Third Amended Complaint.

1061. The allegations of paragraph 1061 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1061 of plaintiffs' Third Amended Complaint.

1062. The allegations of paragraph 1062 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1062 of plaintiffs' Third Amended Complaint.

1063. The allegations of paragraph 1063 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1063 of plaintiffs' Third Amended Complaint.

1064. The allegations of paragraph 1064 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1064 of plaintiffs' Third Amended Complaint.

1065. The allegations of paragraph 1065 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1065 of plaintiffs' Third Amended Complaint.

1066. The allegations of paragraph 1066 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1066 of plaintiffs' Third Amended Complaint.

1067. The allegations of paragraph 1067 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1067 of plaintiffs' Third Amended Complaint.

1068. The allegations of paragraph 1068 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1068 of plaintiffs' Third Amended Complaint.

1069 Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1069 of plaintiffs' Third Amended Complaint.

1070. The allegations of paragraph 1070 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1070 of plaintiffs' Third Amended Complaint.

1071. The allegations of paragraph 1071 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1071 of plaintiffs' Third Amended Complaint.

1072 Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1072 of plaintiffs' Third Amended Complaint.

1073. The allegations of paragraph 1073 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1073 of plaintiffs' Third Amended Complaint.

1074. The allegations of paragraph 1074 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1074 of plaintiffs' Third Amended Complaint.

1075. The allegations of paragraph 1075 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1075 of plaintiffs' Third Amended Complaint.

1076. The allegations of paragraph 1076 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1076 of plaintiffs' Third Amended Complaint.

1077. The allegations of paragraph 1077 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1077 of plaintiffs' Third Amended Complaint.

1078. The allegations of paragraph 1078 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1078 of plaintiffs' Third Amended Complaint.

1079. The allegations of paragraph 1079 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1079 of plaintiffs' Third Amended Complaint.

1080. The allegations of paragraph 1080 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1080 of plaintiffs' Third Amended Complaint.

1081. The allegations of paragraph 1081 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1081 of plaintiffs' Third Amended Complaint.

1082. The allegations of paragraph 1082 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1082 of plaintiffs' Third Amended Complaint.

1083. The allegations of paragraph 1083 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1083 of plaintiffs' Third Amended Complaint.

1084. The allegations of paragraph 1084 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1084 of plaintiffs' Third Amended Complaint.

1085. The allegations of paragraph 1085 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1085 of plaintiffs' Third Amended Complaint.

1086. The allegations of paragraph 1086 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1086 of plaintiffs' Third Amended Complaint.

1087. The allegations of paragraph 1087 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1087 of plaintiffs' Third Amended Complaint.

1088. The allegations of paragraph 1088 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1088 of plaintiffs' Third Amended Complaint.

1089. The allegations of paragraph 1089 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1089 of plaintiffs' Third Amended Complaint.

1090. The allegations of paragraph 1090 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1090 of plaintiffs' Third Amended Complaint.

1091. The allegations of paragraph 1091 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1091 of plaintiffs' Third Amended Complaint.

1092. The allegations of paragraph 1092 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1092 of plaintiffs' Third Amended Complaint.

1093. The allegations of paragraph 1093 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1093 of plaintiffs' Third Amended Complaint.

1094. The allegations of paragraph 1094 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1094 of plaintiffs' Third Amended Complaint.

1095. The allegations of paragraph 1095 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1095 of plaintiffs' Third Amended Complaint.

1096. The allegations of paragraph 1096 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1096 of plaintiffs' Third Amended Complaint.

1097. The allegations of paragraph 1097 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1097 of plaintiffs' Third Amended Complaint.

1098. The allegations of paragraph 1098 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1098 of plaintiffs' Third Amended Complaint.

1099. The allegations of paragraph 1099 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1099 of plaintiffs' Third Amended Complaint.

1100. The allegations of paragraph 1100 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1100 of plaintiffs' Third Amended Complaint.

1101. The allegations of paragraph 1101 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1101 of plaintiffs' Third Amended Complaint.

1102. The allegations of paragraph 1102 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1102 of plaintiffs' Third Amended Complaint.

1103. The allegations of paragraph 1103 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1103 of plaintiffs' Third Amended Complaint.

1104. The allegations of paragraph 1104 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1104 of plaintiffs' Third Amended Complaint.

1105. The allegations of paragraph 1105 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1105 of plaintiffs' Third Amended Complaint.

1106. The allegations of paragraph 1106 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1106 of plaintiffs' Third Amended Complaint.

1107. The allegations of paragraph 1107 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1107 of plaintiffs' Third Amended Complaint.

1108. The allegations of paragraph 1108 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1108 of plaintiffs' Third Amended Complaint.

1109. The allegations of paragraph 1109 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1109 of plaintiffs' Third Amended Complaint.

1110. The allegations of paragraph 1110 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1110 of plaintiffs' Third Amended Complaint.

1111. The allegations of paragraph 1111 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1111 of plaintiffs' Third Amended Complaint.

1112. The allegations of paragraph 1112 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1112 of plaintiffs' Third Amended Complaint.

1113. The allegations of paragraph 1113 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1113 of plaintiffs' Third Amended Complaint.

1114. The allegations of paragraph 1114 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1114 of plaintiffs' Third Amended Complaint.

1116. The allegations of paragraph 1116 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1116 of plaintiffs' Third Amended Complaint.

1117. The allegations of paragraph 1117 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1117 of plaintiffs' Third Amended Complaint.

1118. The allegations of paragraph 1118 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1118 of plaintiffs' Third Amended Complaint.

1119. The allegations of paragraph 1119 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1119 of plaintiffs' Third Amended Complaint.

1120. The allegations of paragraph 1120 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1120 of plaintiffs' Third Amended Complaint.

1121. The allegations of paragraph 1121 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1121 of plaintiffs' Third Amended Complaint.

1122. The allegations of paragraph 1122 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1122 of plaintiffs' Third Amended Complaint.

1123. The allegations of paragraph 1123 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1123 of plaintiffs' Third Amended Complaint.

1124. The allegations of paragraph 1124 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1124 of plaintiffs' Third Amended Complaint.

1125. The allegations of paragraph 1125 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1125 of plaintiffs' Third Amended Complaint.

1126. The allegations of paragraph 1126 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1126 of plaintiffs' Third Amended Complaint.

1127. Incorporate by reference its responses to paragraphs 1-146, 156-159, 225-234, 274-278, 397-402, 764, 766-767, 769-773, 782-785, 792-795, 827-828, 834-841, 867-879, 1074 -1144 in response to paragraph 1127 of plaintiffs' Third Amended Complaint.

1128. The allegations of paragraph 1128 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1128 of plaintiffs' Third Amended Complaint.

1129. The allegations of paragraph 1129 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1129 of plaintiffs' Third Amended Complaint.

1131. The allegations of paragraph 1131 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1131 of plaintiffs' Third Amended Complaint.

1132. Incorporate by reference its responses to paragraphs 1-146, 156-159, 225-234, 274-278, 397-402, 764, 766-767, 769-773, 782-785, 792-795, 827-828, 834-841, 867-879, 1074 -1144 in response to paragraph 1132 of plaintiffs' Third Amended Complaint.

1133. The allegations of paragraph 1133 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1133 of plaintiffs' Third Amended Complaint.

1134. The allegations of paragraph 1134 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1134 of plaintiffs' Third Amended Complaint.

1135. The allegations of paragraph 1135 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1135 of plaintiffs' Third Amended Complaint.

1136. Incorporate by reference its responses to paragraphs 1-146, 156-159, 225-234, 274-278, 397-402, 764, 766-767, 769-773, 782-785, 792-795, 827-828, 834-841, 867-879, 1074 -1144 in response to paragraph 1136 of plaintiffs' Third Amended Complaint.

1137. The allegations of paragraph 1137 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1137 of plaintiffs' Third Amended Complaint.

1138. The allegations of paragraph 1138 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1138 of plaintiffs' Third Amended Complaint.

1139. The allegations of paragraph 1139 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1139 of plaintiffs' Third Amended Complaint.

1140. Incorporate by reference its responses to paragraphs 1-146, 156-159, 225-234, 274-278, 397-402, 764, 766-767, 769-773, 782-785, 792-795, 827-828, 834-841, 867-879, 1074 -1144 in response to the allegations of paragraph 1140 of plaintiffs' Third Amended Complaint.

1141. The allegations of paragraph 1141 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1141 of plaintiffs' Third Amended Complaint.

1142. The allegations of paragraph 1142 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1142 of plaintiffs' Third Amended Complaint.

1143. The allegations of paragraph 1143 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1143 of plaintiffs' Third Amended Complaint.

1144. The allegations of paragraph 1144 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1144 of plaintiffs' Third Amended Complaint.

1145. The allegations of paragraph 1145 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1145 of plaintiffs' Third Amended Complaint.

1146. The allegations of paragraph 1146 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1146 of plaintiffs' Third Amended Complaint.

1147. The allegations of paragraph 1147 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1147 of plaintiffs' Third Amended Complaint.

1148. The allegations of paragraph 1148 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1148 of plaintiffs' Third Amended Complaint.

1149. The allegations of paragraph 1149 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1149 of plaintiffs' Third Amended Complaint.

1150. The allegations of paragraph 1150 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1150 of plaintiffs' Third Amended Complaint.

1151. The allegations of paragraph 1151 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1151 of plaintiffs' Third Amended Complaint.

1152. The allegations of paragraph 1152 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1152 of plaintiffs' Third Amended Complaint.

1153. The allegations of paragraph 1153 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1153 of plaintiffs' Third Amended Complaint.

1154. The allegations of paragraph 1154 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1154 of plaintiffs' Third Amended Complaint.

1155. The allegations of paragraph 1155 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1155 of plaintiffs' Third Amended Complaint.

1156. The allegations of paragraph 1156 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1156 of plaintiffs' Third Amended Complaint.

1157. The allegations of paragraph 1157 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1157 of plaintiffs' Third Amended Complaint.

1158. The allegations of paragraph 1158 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1158 of plaintiffs' Third Amended Complaint.

1159. The allegations of paragraph 1159 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1159 of plaintiffs' Third Amended Complaint.

1160. The allegations of paragraph 1160 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1160 of plaintiffs' Third Amended Complaint.

1162. The allegations of paragraph 1162 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1162 of plaintiffs' Third Amended Complaint.

1163. The allegations of paragraph 1163 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1163 of plaintiffs' Third Amended Complaint.

1164. The allegations of paragraph 1164 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1164 of plaintiffs' Third Amended Complaint.

1165. The allegations of paragraph 1165 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1165 of plaintiffs' Third Amended Complaint.

1166. The allegations of paragraph 1166 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1166 of plaintiffs' Third Amended Complaint.

1167. The allegations of paragraph 1167 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1167 of plaintiffs' Third Amended Complaint.

1168. The allegations of paragraph 1168 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1168 of plaintiffs' Third Amended Complaint.

1169. The allegations of paragraph 1169 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1169 of plaintiffs' Third Amended Complaint.

1170. The allegations of paragraph 1170 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1170 of plaintiffs' Third Amended Complaint.

1171. The allegations of paragraph 1171 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1171 of plaintiffs' Third Amended Complaint.

1172. The allegations of paragraph 1172 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1172 of plaintiffs' Third Amended Complaint.

1173. The allegations of paragraph 1173 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1173 of plaintiffs' Third Amended Complaint.

1174. The allegations of paragraph 1174 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1174 of plaintiffs' Third Amended Complaint.

1175. The allegations of paragraph 1175 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1175 of plaintiffs' Third Amended Complaint.

1176. The allegations of paragraph 1176 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1176 of plaintiffs' Third Amended Complaint.

1177. The allegations of paragraph 1177 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1177 of plaintiffs' Third Amended Complaint.

1178. The allegations of paragraph 1178 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1178 of plaintiffs' Third Amended Complaint.

1179. The allegations of paragraph 1179 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1179 of plaintiffs' Third Amended Complaint.

1180. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1180 of plaintiffs' Third Amended Complaint.

1181. The allegations of paragraph 1181 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1181 of plaintiffs' Third Amended Complaint.

1182. The allegations of paragraph 1182 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1182 of plaintiffs' Third Amended Complaint.

1183. The allegations of paragraph 1183 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1183 of plaintiffs' Third Amended Complaint.

1184. The allegations of paragraph 1184 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1184 of plaintiffs' Third Amended Complaint.

1185. The allegations of paragraph 1185 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1185 of plaintiffs' Third Amended Complaint.

1186. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1186 of plaintiffs' Third Amended Complaint.

1187. The allegations of paragraph 1187 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1187 of plaintiffs' Third Amended Complaint.

1188. The allegations of paragraph 1188 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1188 of plaintiffs' Third Amended Complaint.

1189. The allegations of paragraph 1189 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1189 of plaintiffs' Third Amended Complaint.

1190. The allegations of paragraph 1190 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1190 of plaintiffs' Third Amended Complaint.

1191. The allegations of paragraph 1191 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1191 of plaintiffs' Third Amended Complaint.

1192. Incorporate by reference the preceding paragraphs of this Answer in response to paragraph 1192 of plaintiffs' Third Amended Complaint.

1193. The allegations of paragraph 1193 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1193 of plaintiffs' Third Amended Complaint.

1194. The allegations of paragraph 1194 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1194 of plaintiffs' Third Amended Complaint.

1195. The allegations of paragraph 1195 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1195 of plaintiffs' Third Amended Complaint.

1196. The allegations of paragraph 1196 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1196 of plaintiffs' Third Amended Complaint.

1197. The allegations of paragraph 1197 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1197 of plaintiffs' Third Amended Complaint.

1198. The allegations of paragraph 1198 pertain to another defendant. Aver that they are without knowledge or information sufficient to form a belief as to the truth of the allegations of 1198 of plaintiffs' Third Amended Complaint.

1199. Deny the allegations of paragraph 1199 of plaintiffs' Third Amended Complaint.

1200. Deny each and every allegation of Plaintiffs' Third Amended Complaint that is not specifically admitted to be true in this Answer.

**First Defense**

1201. Plaintiffs' claims are barred by the doctrine of unclean hands.

**Second Defense**

1202. Plaintiffs' claims are barred by the doctrine of in pari delicto.

**Third Defense**

1203. Plaintiffs' claims are barred by the doctrine of waiver.

**Fourth Defense**

1204. Plaintiffs' claims are barred by the doctrine of estoppel.

**Fifth Defense**

1205. Plaintiffs' claims are barred by the doctrine of release.

**Sixth Defense**

1206. Plaintiffs' claims are barred by the doctrine of assumption of the risk.

**Seventh Defense**

1207. Plaintiffs' claims are barred by the doctrines of comparative fault and/or contributory negligence.

**Eighth Defense**

1208. Plaintiffs' claims are barred by the doctrine of ratification.

**Ninth Defense**

1209. Plaintiffs' claims are barred by their failure to act in good faith.

**Tenth Defense**

1210. Any losses incurred by Plaintiffs were caused by third parties over whom Defendants lacked any control.

**Eleventh Defense**

1211. Plaintiffs did not justifiably rely upon any statements allegedly made by Defendants.

**Twelfth Defense**

1212. No statements allegedly made by Defendants were material to Plaintiffs' investment decision.

**Thirteenth Defense**

1213. No statements made by Defendants caused any of Plaintiffs' alleged losses.

**Fourteenth Defense**

1214. Plaintiffs' claims are barred by their reliance upon the statements made in the Private Placement Memorandum issued prior to any investments made in any NPF entity.

**Fifteenth Defense**

1215. The Complaint fails to state any claims upon which relief may be granted.

**Sixteenth Defense**

1216. The Complaint fails to plead their claims with the requisite particularity.

**Seventeenth Defense**

1217. The Plaintiffs lacks standing to assert these claims against Defendants.

**Eighteenth Defense**

1218. The claims asserted are barred, in whole or in part, under the applicable statutes of limitations.

**Nineteenth Defense**

1219. The Complaint must be dismissed for failure to join necessary and indispensable parties.

**Twentieth Defense**

1220. At all times, and with respect to all matters contained herein, Defendants acted in good faith, exercised reasonable care and due diligence, and did not know, and in the exercise of reasonable care and due diligence could not have known of the purported untruths, misstatements and/or omissions alleged in the Complaint.

**Twenty-First Defense**

1221. Defendants did not make any misstatements or omissions of material fact.

**Twenty-Second Defense**

1222. Any recovery is barred, or must be reduced, as a result of the Plaintiffs' failure to mitigate any alleged damages.

**Twenty-Third Defense**

1223. Defendants are entitled to contribution from others for any liability that may be incurred by Defendants, and to any apportionment of liability (for purposes of contribution and/or liability) as between Defendants and any other persons whose contributory negligence or culpable conduct caused or contributed to any damages or injury that the Plaintiffs may have sustained including, without limitation, the Plaintiffs, all other parties to this action, and all settling defendants who have been or may be dismissed from this action.

**Twenty-Fourth Defense**

1224. The claims asserted are based on alleged misrepresentations and omissions not attributable to Defendants.

**Twenty-Fifth Defense**

1225. The Plaintiffs' claims for damages are barred, in whole or in part, because the losses or damages, if any, are speculative, uncertain, or otherwise not cognizable.

**Twenty-Sixth Defense**

1226. The Plaintiffs' claims are barred, in whole or in part, because the Plaintiffs have incurred no damages as a result of Defendants' alleged conduct.

**Twenty-Seventh Defense**

1227. The Plaintiffs did not reasonably or justifiably rely upon any alleged statement or omission by Defendants.

**Twenty-Eighth Defense**

1228. The Plaintiffs does not adequately allege actual, direct or individual reliance upon alleged statements or omissions by Defendants.

**Twenty-Ninth Defense**

1229. Any recovery is barred, or must be reduced, because of superseding or intervening acts not attributable to Defendants.

**Thirtieth Defense**

1230. Defendants are not liable because the Plaintiffs knew or had reason to know the truth of the alleged misrepresentations or omissions on which their claims are based.

**Thirty-First Defense**

1231. The alleged losses of the Plaintiffs were not proximately caused or caused in fact by any act, statement, omission or conduct of Defendants.

**Thirty-Second Defense**

1232. The Plaintiffs' alleged injury or damages resulted from the acts or omissions of others and not from any alleged acts or omissions of Defendants.

**Thirty-Third Defense**

1233. Defendants did not have or breach a fiduciary duty or other special relationship with the Plaintiffs.

**Thirty-Fourth Defense**

1234. Defendants did not owe or breach a legal duty to the Plaintiffs.

**Thirty-Fifth Defense**

1235. Defendants are not liable because any alleged misrepresentations or omissions by Defendants were based on good faith, and in reasonable reliance upon the

work, opinions, information, representations and advice of others upon whom Defendants was entitled to rely, including legal counsel, auditors, accountants, and consultants.

**Thirty-Sixth Defense**

1236. Defendants did not act with scienter.

**Thirty-Seventh Defense**

1237. Defendants had no knowledge of, nor any reasonable ground to believe in, the existence of any facts relating to any fraud as, or similar to, that alleged in the Complaint.

**Thirty-Eighth Defense**

1238. The Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

**Thirty-Ninth Defense**

1239. The Complaint fails to state a claim for exemplary or punitive damages.

**Fortieth Defense**

1240. The Plaintiffs' claims are not sanctioned by the provisions, intent, legislative history or purpose of the statutes cited in the Complaint.

**Forty-First Defense**

1241. The claims asserted by the Plaintiffs in Counts I-VIII, X-XI, and XIII-XV fail because Defendants did not partake in actions taken in contravention of the Master Indenture governing the NPF VI and NPF XII Programs.

**Forty-Second Defense**

1242. The claims asserted by the Plaintiffs in Counts I-VIII, X-XI, and XIII-XV fail because Defendants did not have specific knowledge of the requirements contained in the Master Indenture.

**Forty-Third Defense**

1243. The claims asserted by the Plaintiffs in Counts I-VIII, X-XI, and XIII-XV fail because Defendants did not have knowledge of, authorized and/or participated in various transactions with parties affiliated with NCFE, NPF VI and NPF XII that were prohibited by the Master Indentures.

**Forty-Fourth Defense**

1244. The claims asserted by the Plaintiffs in Counts I-VIII, X-XI, and XIII-XV fail because Defendants did not direct the Servicer to make illegal transfers from NPF VI and NPF XII to companies which Defendants owned.

**Forty-Fifth Defense**

1245. The claims asserted by the Plaintiffs in Counts I-VIII, X-XI, and XIII-XV fail because Defendants did not direct the Servicer to 'purchase' hundreds of millions of dollars in accounts receivable that were in contravention of the Master Indentures.

**Forty-Sixth Defense**

1246. The claims asserted by the Plaintiffs in Counts I-VIII, X-XI, and XIII-XV fail because Defendants did not direct the Servicer to engage in the practice of purchasing future receivables.

**Forty-Seventh Defense**

1247. The claims asserted by the Plaintiffs in Counts I-VIII, X-XI, and XIII-XV fail because Defendants did not direct the servicer to engage in the practice of pro forma funding.

**Forty-Eighth Defense**

1248. The claims asserted by the Plaintiffs in Counts I-VIII, X-XI, and XIII-XV fail because Defendants did not participate in any alleged kitting scheme set forth in the Complaint where purportedly large sums of money were illegally transferred back and forth between NPF VI and NPF XII.

**Forty-Ninth Defense**

1249. The claims asserted by the Plaintiffs in Counts XVI-XXIII fail because the Complaint fails to establish that the alleged March 1999 transfer to IIA in the amount of $750,000 was a fraudulent transfer for the benefit for Defendants and in contravention of NCFE's Governing Documents.

**Fiftieth Defense**

1250. The claims asserted by the Plaintiffs in Counts XVI-XXIII fail because the Complaint fails to establish that the alleged April 8, 1999 NPF VI transfer of $2,800,000 to NPF X and the alleged April 8, 1999 NPF X transfer of $2,750,000 to Nations Healthcare was a fraudulent transfer for the benefit for Defendants and in contravention of NCFE's Governing Documents.

**Fifty-First Defense**

1251. The claims asserted by the Plaintiffs in Counts XVI-XXIII fail because the Complaint fails to establish that the alleged July 14, 1999 NPF VI transfer of $1,000,000 to NPX X and the NPF X transfer of $1,000,000 to IIA was a fraudulent transfer for the benefit for Defendants and in contravention of NCFE's Governing Documents.

**Fifty-Second Defense**

1252. The claims asserted by the Plaintiffs in Counts XVI-XXIII fail because the Complaint fails to establish that the alleged the February 22, 2000 and February 28, 2000

NPX X transfer of $1,240,000 to IIA was a fraudulent transfer for the benefit of Defendants and in contravention of NCFE's Governing Documents.

**Fifty-Third Defense**

1253. The claims asserted by the Plaintiffs in Counts XVI-XXIII fail because the Complaint fails to establish that the alleged series of transactions beginning March 1999 and ending March 2001 were fraudulent transfers for the benefit of Defendants and in contravention of NCFE's Governing Documents.

**Fifty-Fourth Defense**

1254. The claims asserted by the Plaintiffs in Counts XXIV fail because Defendants did not receive bribes from Credit Suisse, did not purchase related party receivables in violation of NCFE's Governing Documents; did not make unsecured advances to related parties in violation of NCFE's Governing Documents; and did not engage in unlawful transactions between NCFE.

**Fifty-Fifth Defense**

1255. The Plaintiffs' claims are barred, in whole or in part, by the Plaintiffs' failure to join a necessary party.

**Fifty-Sixth Defense**

1256. The Plaintiffs' claims are barred, in whole or in part, by the Plaintiffs contributing to the alleged loss and damages.

**Fifty-Seventh Defense**

1257. The Plaintiffs' claims are barred, in whole or in part, because the Plaintiffs had specific knowledge of the allegations set forth in the Complaint as it pertained to Chase and Bank One negligent administration of NCFE's trust accounts, as evidence by the Order filed by the Securities and Exchange Commission, In the Matter of JPMorgan Chase & Co., Administrative Proceeding File No.3-13000.

**Fifty-Eighth Defense**

1258. The Plaintiffs' claims are barred, in whole or in part, because the Plaintiffs failed to fulfill their duty to fully review the entire Master Indentures, Sales and Subservicing Agreements and Private Placement Memoranda.

**Fifty-Ninth Defense**

1259. The Plaintiffs' claims are duplicative of, and/or are based on the same conduct alleged in, other claims and proceedings brought and/or related entities. The Plaintiffs, and the beneficiaries, claims and interests represented by the Plaintiffs, may not receive more than a single satisfaction or recovery against Defendants; nor may Defendants be held liable for duplicative recoveries or be required to provide more than a single satisfaction or recovery premised upon the same conduct; nor may any conduct giving rise to any equitable relief, including without limitation disallowance,

disgorgement or equitable subordination in any other proceedings, serve as the basis for any monetary damages or similar relief.

**Sixtieth Defense**

1260. Defendants hereby adopt and incorporate by reference any and all other defenses asserted or to be asserted by any other defendant to the extent Defendants may share in such defense.

**Sixty-First Defense**

1261. Defendants have not waived any affirmative defenses, and they reserve the right to assert additional affirmative defenses as this case progresses.

WHEREFORE, Defendants pray for judgment in their favor and against Plaintiffs on Plaintiffs' Third Amended Complaint, the costs of this action and all other proper relief.

Dated: June 26, 2009

***/s/ John E. Haller***

John E. Haller (jhaller@slk-law.com) (0031289)
SHUMAKER LOOP & KENDRICK LLP
41 South High Street, Suite 2400
Columbus, OH 43215
Tel: 614.628.4430
Fax: 614.573.7228
Attorneys for Defendants, Lance Poulsen, Barbara Poulsen, South Atlantic Investments LLC, Thor Capital Holdings LLC, Kachina, Inc., Flohaz Partners LLC, Healthcare Capital LLC and Intercontinental Investment Associates Ltd.

**CERTIFICATE OF SERVICE**

On June 26, 2009, the undersigned electronically filed this document with the Court and served it on counsel through the CM/ECF system.

***/s/ John E. Haller***

John E. Haller

SLK_COL: #185662v1