UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE UNENCUMBERED ASSETS TRUST, *et ano.*, Plaintiffs | Case No. 04-cv-01090 |
| v. | Judge James L. Graham |
| JP MORGAN CHASE BANK, *et al.*, Defendants | Magistrate Judge Mark R. Abel |

**AGREED ORDER GRANTING THE CREDIT SUISSE DEFENDANTS PARTIAL SUMMARY JUDGMENT ON DESIGNATED UAT CLAIMS**

Plaintiffs the Unencumbered Assets Trust and Erwin I Katz, Ltd., Trustee of the Unencumbered Assets Trust (together, the "UAT") and the Credit Suisse Defendants[1] agree that: (i) summary judgment should be granted with respect to each of the claims designated below with each party bearing its own costs; (ii) no other claim asserted by the UAT in the above captioned litigation is intended to be dismissed or affected in any way by this agreed order; and (iii) the Credit Suisse Defendants do not waive or abandon any part of their currently pending motions for summary judgment or other pending motions against the UAT.

It is therefore **ORDERED** that summary judgment is granted on the following claims asserted by the UAT:

1. All claims against Credit Suisse USA;

2. All claims against CSNYB, except for (i) the avoidance claims set forth in Counts XL, XLI, XLII, and XLIII of the UAT's Third Amended

[1] The "Credit Suisse Defendants" are: (i) Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC and successor by merger to Credit Suisse First Boston Corporation) (hereafter "Credit Suisse Securities"); (ii) Credit Suisse (USA), Inc. (formerly known as Credit Suisse First Boston (USA), Inc.) (hereafter "Credit Suisse USA"); and (iii) Credit Suisse, New York Branch (formerly known as Credit Suisse First Boston, New York Branch) (hereafter "CSNYB").

Complaint; and (ii) the equitable subordination claim asserted by the UAT in the NCFE bankruptcy proceedings;

3. All claims for avoidance against the Credit Suisse Defendants requiring proof that the debtor received less than reasonably equivalent value in exchange for the transfer (*i.e.*, (i) claims under § 548(a)(1)(B) of the United States Bankruptcy Code, set out in Count XLI of the UAT's Third Amended Complaint; and (ii) claims under Ohio Rev. Code Ann. § 1336.04(A)(2) as incorporated in § 544(b)(1) of the United States Bankruptcy Code, set out in Count XL of the UAT's Third Amended Complaint); and

4. The UAT's claim for negligent misrepresentation against the Credit Suisse Defendants, set out in Count XXV of the UAT's Third Amended Complaint.

Each party shall each bear its own costs. Nothing set forth in this Order shall affect the right of any party to seek or obtain payment of attorneys' fees or costs with respect to any pending claims not dismissed by this Order. No other claims asserted by the UAT, and no other motions brought by the Credit Suisse Defendants, are affected by this Order.

**IT IS SO ORDERED.**

Signed this 29th day of January, 2010

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

**AGREED AS TO SUBSTANCE AND FORM:**

BAKER & HOSTETLER LLP

By: /s/ Thomas Long
Thomas L. Long
Sherri B. Lazear
Capitol Square
56 East State Street, Suite 2100
Columbus, Ohio 43215
Tel: (614) 228-1541

-and-

BINGHAM MCCUTCHEN LLP
Jeffrey Q. Smith
Steven G. Brody
Susan F. DiCicco
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Harold S. Novikoff
Douglas K Mayer
David C. Bryan
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000

*Attorneys for Defendants Credit Suisse Securities (USA), LLC, Credit Suisse, New York Branch, and Credit Suisse (USA), Inc.*

CARLILE PATCHEN & MURPHY, LLP

By: /s/ Leon Friedberg
Leon Friedberg
366 East Broad Street
Columbus, Ohio 43215
Tel: (614) 228-6135

-and-

GIBBS & BRUNS, LLP
Kathy Patrick
Robert J. Madden
Jeffry Cotner
Scott Humphries
Sydney Ballesteros
Aundrea Frieden
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel: (713) 650-8805

*Attorneys for Plaintiff the Unencumbered Assets Trust and Erwin I Katz, Ltd. Trustee of the Unencumbered Assets Trust*